*CJ24    619 _*

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
★ 1 0 5 7 5 9 7 0 4 1 ★

## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JAN **3 0** 2024

**RICK WARREN**
**COURT CLERK**

43

**CJ-2024-619**

STATE OF OKLAHOMA *ex rel.* OFFICE OF )
MANAGEMENT AND ENTERPRISE SERVICES,)
　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　 Plaintiff, 　　　 )
　　　　　　　　　　　　　　　　　 )
v. 　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　 )
KLEO, INC. d/b/a CLASSWALLET, 　　 )
　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　 Defendant. 　　 )

Case No.

### PETITION[1]

COMES NOW Plaintiff State of Oklahoma *ex rel.* Office of Management and Enterprise

Services (the "State") and for its cause of action against Defendant Kleo, Inc. d/b/a ClassWallet

("Defendant") alleges:

### PARTIES, JURISDICTION AND VENUE

1. On August 6, 2020, the State entered into a contract ("Contract") with Defendant. *See*,
   **Exhibit "A."**

2. Defendant is a foreign corporation organized under the laws of the State of Delaware and
   registered to do business in the State of Oklahoma.

3. The Oklahoma County District Court has general jurisdiction to decide matters involving
   disputes between the State of Oklahoma and Defendant.

4. Venue is proper in Oklahoma County, State of Oklahoma pursuant to Section 26.1 of
   Attachment A to the Contract.

---

[1] The State timely filed a lawsuit against Kleo, Inc., d/b/a ClassWallet, on August 5, 2022, in case number CJ-2022-3757, District Court of Oklahoma County. That case was assigned to Judge Sheila Stinson. The Office of the Attorney General, the State's prior counsel in this matter, dismissed the lawsuit without prejudice to refiling, on January 31, 2023.

## BACKGROUND AND GENERAL ALLEGATIONS

5. In 2020, the COVID-19 pandemic caused unprecedent disruption to nearly every aspect of life and uniquely impacted families and children of modest and lesser means, leaving educational needs potentially unmet without the benefit of creative, imminent solutions.

6. As part of its effort to provide families and students of predominantly low and moderate means the emergency educational support necessitated by the COVID-19 pandemic, the federal government, through the United States Department of Education ("USDOE"), implemented the Governor's Emergency Education Relief Fund (the "Fund"), designed, in part, to ensure funds could be quickly dispersed to those in imminent need.

7. To ensure its portion of the Fund was administered in compliance with federal guidelines and used to meet the needs of students, schools, and education-related organizations, the State sought out a vendor well-versed in management of education-related grant programs.

8. Toward that end, the State engaged in discussions with Defendant, which, in order to induce the State to utilize its service, made representations to the State about its product and services, such as that:

   (a) its service virtually eliminates the risk of fraud or misuse of funds;

   (b) the platform implementation is quick and easy;

   (c) there is minimum administrative overhead required;

   (d) for use of funds for educational materials, literacy, supplies, books that there is no risk of fraud and no overhead required; and

   (e) it "ha[d] the requisite knowledge and capability to provide immediate and necessary services for Oklahoma schools to be able to manage their funding, transactions, reconciliation of paperwork and receipts, etc."

9.  The State ultimately contracted with Defendant—a national company that serves 20% of all United States state agencies and specializes in "maintain[ing] compliance and control" for hyper-technical federal grant programs like the Fund. *See*, classwallet.com/about-us.

10. Under the Contract, Defendant committed to implement and provide certain oversight for the Fund, namely two educational grant programs—Stay in School and Bridge the Gap (collectively, the "Programs")—designed to assist qualified families purchase education-related supplies, materials and technology in the midst of the worldwide COVID-19 pandemic.

11. In August 2020, Defendant received $17,350,000.00 to fund the Programs.

12. Under the Contract, Defendant agreed that it:

   (a) "[had] an ongoing obligation to comply, with all applicable federal, State, and local laws, rules, regulations, ordinances …"

   (b) "[had] a continuing obligation to comply with Customer-specific mandatory contract provisions required in connection with the receipt of federal funds …"

   (c) "[was] responsible to review and inform its employees, agents, and subcontractors who provide a product or perform a service under the Contract of [Defendant's] obligations under the Contract and [Defendant] certifie[d] that its employees and each such subcontractor [would] comply with minimum requirements and applicable provisions of the Contract."

   (d) "[was] required to retain records relative to the Contract for the duration of the Contract and for a period of seven (7) years …. If a claim, audit, litigation or other action involving such records is started before the end of the seven-year period, the records are required to be maintained for two (2) years from the date that all issues arising out

3

of the action are resolved, or until the end of the seven (7) year retention period, whichever is later."

(e) "shall remain solely responsible for its obligations under the terms of the Contract, for its actions and omissions and those of its agents, employees and subcontractors …"

(f) "shall indemnify the [State, OMES and OEQA], as applicable for any and all liability, claims, damages, losses, costs, expenses, demands, suits and actions of third parties … arising from or in connection with [ClassWallet's] breach of its representations and warranties in the Contract …."

(g) "Pursuant to 74 O.S. § 85.14, where federal granted funds are involved, applicable federal laws, rules and regulations shall govern to the extent necessary to insure benefit of such federal funds to the State."

13. Defendant further agreed in its Scope of Work that it:

> shall create and supply a parent and student friendly online platform … The Platform shall … include (1) an Applicant application portal for the Grants and a Provider application portal (collectively, the 'Application System'); (2) a Fiscal Management and Payment System [which is an 'online platform for Account Holders to receive grants and use grants to make payments as determine by Grants guidelines']; support and training; and reporting services.

14. Defendant also agreed in its Scope of Work that its Application System would provide for "electronic verification and acknowledgment by the Applicant of required assurances and rules of the program."

15. Defendant also agreed in its Scope of Work to "create and deliver training" to parents approved for participation in the Grants.

16. Additionally, implied into the Contract is a covenant of good faith and fair dealing that required Defendant not to injure the reasonable expectations of the State.

4

17. On or about August 10, 2020, Defendant either directly or through a subcontractor caused the Application System and the Fiscal Management and Payment System to go live.

18. On or about August 10, 2020, Defendant either directly or through a subcontractor began verifying statuses in submitted Applications and approving or disapproving Applications for the Programs.

19. However, Defendant either directly or through a subcontractor failed to maintain all the records necessary to verify that Applications met the Programs' applicable guidelines.

20. Defendant either directly or through a subcontractor began approving and releasing funds purportedly pursuant to the Bridge the Gap grant program.

21. Defendant issued payment for items outside the scope of the Bridge the Gap grant program.

22. For purposes of federal law associated with the GEER funds, Defendant was a subrecipient and subject to all applicable guidelines and obligations.

23. Defendant failed to comply with federal guidelines and obligations associated with its subrecipient status.

## COUNT I: BREACH OF CONTRACT

The above numbered paragraphs are restated and incorporated by reference in Count I.

24. The State and Defendant entered into the Contract.

25. Defendant breached its Contract by, among other things:

    a.  authorizing payments for items not within the scope of the Bridge the Gap grant program;

    b.  failing to properly educate and advise the applicants of the Programs of related terms and conditions;

    c.  failing to maintain information and records in accordance with the Contract; and

5

    d.  failing to submit reports to the USDOE.

26. As a result of Defendant having failed to meet its contractual obligations, the State has been damaged in an amount in excess of $75,000.00 and will likely continue to suffer damages.

<u>COUNT II: DECLARATORY AND INJUNCTIVE RELIEF</u>

The above numbered paragraphs are restated and incorporated by reference in Count II.

27. Defendant should be declared a subrecipient for purposes of the Programs and required to comply with related subrecipient guidelines and obligations, including, but not limited to, submitting to USDOE requisite reports.

WHEREFORE Plaintiff State of Oklahoma *ex rel.* Office of Management and Enterprise Services prays for judgment against Defendant Kleo, Inc. d/b/a ClassWallet as follows:

    a)  damages in an amount in excess of $75,000.00;

    b)  declaratory and injunctive relief,

    c)  indemnity for any and all liability, claims, damages, losses, costs, expenses, demands, suits and actions of third parties, including, but not limited to, those sought by the United States Department of Education;

    d)  any and all attorney's fees and costs incurred as a result of Defendant's actions;

    e)  any and all such further relief as deemed equitable and appropriate.

Respectfully Submitted,

Cheryl Plaxico, OBA No. 4499
Austin Moseley, OBA No. 35690
PLAXICO LAW FIRM PLLC
923 N. Robinson Ave., 5th Floor
Oklahoma City, Oklahoma 73102

Telephone: (405) 400-9609
cplaxico@plaxico.law
amoseley@plaxico.law

*Attorneys for Plaintiff*

**OKLAHOMA**
Office of Management
& Enterprise Services

---

## STATE OF OKLAHOMA CONTRACT WITH CLASSWALLET

This State of Oklahoma Contract is entered into between the State of Oklahoma by and through the Office of Management and Enterprise Services for the benefit of the Office of Educational Quality and Accountability and Kleo, Inc., d/b/a ClassWallet ("Supplier") pursuant to 62 O.S. 34.11.1. The Contract is effective as of August 6, 2020 and extends through December 30, 2020, unless extended by written mutual agreement.

### Purpose

Due to the unprecedented national and state health threat as well as revenue issues within the state, it is in the state's best interest to promptly engage suppliers well steeped in expertise in assisting state schools and personnel with the development and administration of student directed grant programs to enable students to succeed educationally during this health emergency.

This contract involves the use of the Governors Emergency Education Relief (GEER) Funds. It will establish two grant programs (each award under such programs, a "Grant"):

1. Create a $9,716,000.00 Stay in School program with grants not to exceed $6,500 per awarded applicant to pay for private school tuition;
2. Create a $7,634,000 Bridge the Gap program with grant increments of $1,500.00 to qualified families to purchase educational supplies, materials and technology.

Due to the unprecedented national and State health threat as well as the aggressive timeline to distribute allowable funds and invest in unbudgeted goods and services, it is crucial and in the State's best interest to promptly engage a supplier to manage and get necessary funding to teachers and schools. Supplier has the requisite knowledge and capability to provide immediate and necessary services for Oklahoma schools to be able to manage their funding, transactions, reconciliation of paperwork and receipts, etc.

This Contract Document memorializes the agreement of the parties with respect to terms of the Contract.

Now, therefore, in consideration of the foregoing and the mutual promises set forth herein, the receipt and Sufficiency of which are hereby acknowledged the parties agree as follows:

1.    The parties agree that Supplier has not yet begun performance of work under the Contract. Upon full execution of the Contract, Supplier may begin work. Issuance of a purchase order is required prior to payment to a Supplier.

2.    The following Contract Documents are attached hereto and incorporated herein:

2.1    Attachment A: State of Oklahoma General Terms;

602293634.6
602293634.7
602293634.8

1



EXHIBIT
A

2.2    Attachment B: State of Oklahoma IT Terms; and

2.3    Attachment C: Statement of Work

3.    Except for information deemed confidential by the State pursuant to applicable law, rule, regulation or policy, the parties additionally agree Contract terms and information are not confidential and are disclosable without further approval or notice to Supplier.

4.    The parties recognize that while the State of Oklahoma is executing this contract, payment obligations rest solely with the Office of Educational Quality and Accountability ("OEQA") and the Office of Management and Enterprise Services ("OMES") shall not be responsible for such. Please send invoices and billing inquiries to:

Office of Educational Quality and Accountability
840 Research Parkway, Suite 455
Oklahoma City, OK 73104

If by 5:00 p.m. Central Standard Time December 30, 2020, the entire amount of Grants has been awarded, no refund shall be due from Supplier to OEQA.

If by 5:00 p.m. Central Standard Time December 30, 2020 the entire amount of Grants has not been awarded, the total amount of Grants not awarded shall be refunded to OEQA no later than January 30, 2021.

5.    The parties recognize that while the State of Oklahoma is executing this contract, OEQA is the business owner of the State of Oklahoma's use ClassWallet's solution and ClassWallet shall look solely to OEQA, not OMES, for any issue or need that does not pertain to the application, Interpretation or enforcement of the terms of this Contract.

6.    Any reference to a Contract Document refers to such Contract Document as it may have been amended. If and to the extent any provision is in multiple documents and addresses the same or substantially the same subject matter but does not create an actual conflict, the more recent provision is deemed to supersede earlier versions.

**STATE OF OKLAHOMA**
**by and through the**
**OFFICE OF MANAGEMENT AND**
**ENTERPRISE SERVICES**

**Kleo, Inc. d/b/a/ ClassWallet**

By: _____DJerryMoore_____

By: _____

Name: __D Jerry Moore__

Name: _____

Title: _____CIO_____

Title: _____

Date: __8/7/20202__

Date: _____

602293634.6
602293634.7
602293634.8

2

The Office of Educational Quality and Accountability is additionally executing this Contract to memorialize its involvement in negotiation of and its agreement with the terms of this Contract.

**Office of Educational Quality and Accountability**

By: _____

Name: _____

Title: _____

Date: _____

## ATTACHMENT A

## STATE OF OKLAHOMA GENERAL TERMS

This State of Oklahoma General Terms ("General Terms") is a Contract Document in connection with a Contract awarded by the Office of Management and Enterprise Services on behalf of the State of Oklahoma.

In addition to other terms contained in an applicable Contract Document, Supplier and State agree to the following General Terms:

1     Scope and Contract Renewal

    **1.1**    Supplier may not add products or services to its offerings under the Contract without the State's prior written approval. Such request may require a competitive bid of the additional products or services. If the need arises for goods or services outside the scope of the Contract, Supplier shall contact the State.

    **1.2**    At no time during the performance of the Contract shall the Supplier have the authority to obligate any Customer for payment for any products or services (a) when a corresponding encumbering document is not signed or (b) over and above an awarded Contract amount. Likewise, Supplier is not entitled to compensation for a product or service provided by or on behalf of Supplier that is neither requested nor accepted as satisfactory.

    **1.3**    If applicable, prior to any Contract renewal, the State shall subjectively consider the value of the Contract to the State, the Supplier's performance under the Contract, and shall review certain other factors, including but not limited to the: a) terms and conditions of Contract Documents to determine validity with current State and other applicable statutes and rules; b) current pricing and discounts offered by Supplier; and c) current products, services and support offered by Supplier. If the State determines changes to the Contract are required as a condition precedent to renewal, the State and Supplier will cooperate in good faith to evidence such required changes in an Addendum. Further, any request for a price increase in connection with a renewal or otherwise will be conditioned on the Supplier providing appropriate documentation supporting the request.

    **1.4**    The State may extend the Contract for ninety (90) days beyond a final renewal term at the Contract compensation rate for the extended period. If the State exercises such option to extend ninety (90) days, the State shall notify the Supplier in writing prior to Contract end date. The State, at its sole option and to the extent allowable by law, may choose to exercise subsequent ninety (90) day extensions at the Contract pricing rate, to facilitate the finalization of related terms and conditions of a new award or as needed for transition to a new Supplier.

**1.5**    Supplier understands that supplier registration expires annually and, pursuant to OAC 260:115-3-3, Supplier shall maintain its supplier registration with the State as a precondition to a renewal of the Contract.

**2**    Contract Effectiveness and Order of Priority

**2.1**    Unless specifically agreed in writing otherwise, the Contract is effective upon the date last signed by the parties. Supplier shall not commence work, commit funds, incur costs, or in any way act to obligate the State until the Contract is effective.

**2.2**    Contract Documents shall be read to be consistent and complementary. Any conflict among the Contract Documents shall be resolved by giving priority to Contract Documents in the following order of precedence:

    **A.**    any Addendum;

    **B.**    any applicable Solicitation;

    **C.**    any Contract-specific State terms contained in a Contract Document including, without limitation, information technology terms and terms specific to a statewide Contract or a State agency Contract;

    **D.**    the terms contained in this Contract Document;

    **E.**    any successful Bid as may be amended through negotiation and to the extent the Bid does not otherwise conflict with the Solicitation or applicable law;

    **F.**    any statement of work, work order, or other similar ordering document as applicable; and

    **G.**    other mutually agreed Contract Documents.

**2.3**    If there is a conflict between the terms contained in this Contract Document or in Contract-specific terms and an agreement provided by or on behalf of Supplier including but not limited to linked or supplemental documents which alter or diminish the rights of Customer or the State, the conflicting terms provided by Supplier shall not take priority over this Contract Document or Acquisition-specific terms. In no event will any linked document alter or override such referenced terms except as specifically agreed in an Addendum.

**2.4**    Any Contract Document shall be legibly written in ink or typed. All Contract transactions, and any Contract Document related thereto, may be conducted by electronic means pursuant to the Oklahoma Uniform Electronic Transactions Act.

**3**    Modification of Contract Terms and Contract Documents

**3.1**    The Contract may only be modified, amended, or expanded by an Addendum. Any change to the Contract, including the addition of work or materials, the revision of payment terms, or the substitution of work or materials made unilaterally by the Supplier, is a material breach of the Contract. Unless otherwise specified by applicable law or rules, such changes, including without limitation, any unauthorized written Contract modification, shall be void and without effect and the Supplier shall not be entitled to any claim under the Contract based on those changes. No oral statement of any person shall modify or otherwise affect the terms, conditions, or specifications stated in the Contract.

**3.2**    Any additional terms on an ordering document provided by Supplier are of no effect and are void unless mutually executed. OMES bears no liability for performance, payment or failure thereof by the Supplier or by a Customer other than OMES in connection with an Acquisition.

**4**    Definitions

In addition to any defined terms set forth elsewhere in the Contract, the Oklahoma Central Purchasing Act and the Oklahoma Administrative Code, Title 260, the parties agree that, when used in the Contract, the following terms are defined as set forth below and may be used in the singular or plural form:

**4.1**    Acquisition means items, products, materials, supplies, services and equipment acquired by purchase, lease purchase, lease with option to purchase, value provided or rental under the Contract.

**4.2**    Addendum means a mutually executed, written modification to a Contract Document.

**4.3**    Amendment means a written change, addition, correction or revision to the Solicitation.

**4.4**    Bid means an offer a Bidder submits in response to the Solicitation.

**4.5**    Bidder means an individual or business entity that submits a Bid in response to the Solicitation.

**4.6**    Contract means the written, mutually agreed and binding legal relationship resulting from the Contract Documents and an appropriate encumbering document as may be amended from time to time, which evidences the final agreement between the parties with respect to the subject matter of the Contract.

**4.7**    Contract Document means this document; any master or enterprise agreement terms entered into between the parties that are mutually agreed to be applicable to the

Contract; any Solicitation; any Contract-specific terms; any Supplier's Bid as may be negotiated; any statement of work, work order, or other similar mutually executed ordering document; other mutually executed documents and any Addendum.

**4.8**    Customer means the State of Oklahoma by and through the Office of Management and Enterprise Services for the benefit of the Secretary of State.

**4.9**    Debarment means action taken by a debarring official under federal or state law or regulations to exclude any business entity from inclusion on the Supplier list; bidding; offering to bid; providing a quote; receiving an award of contract with the State and may also result in cancellation of existing contracts with the State.

**4.10**    Destination means delivered to the receiving dock or other point specified in the applicable Contract Document.

**4.11**    Indemnified Parties means the State and Customer and/or its officers, directors, agents, employees, representatives, contractors, assignees and designees thereof.

**4.12**    Inspection means examining and testing an Acquisition (including, when appropriate, raw materials, components, and intermediate assemblies) to determine whether the Acquisition meets Contract requirements.

**4.13**    [RESERVED]

**4.14**    OAC means the Oklahoma Administrative Code.

**4.15**    OMES means the Office of Management and Enterprise Services.

**4.16**    Solicitation means the document inviting Bids for the Acquisition referenced in the Contract and any amendments thereto.

**4.17**    State means the government of the state of Oklahoma, its employees and authorized representatives, including without limitation any department, agency, or other unit of the government of the state of Oklahoma.

**4.18**    Supplier means the Bidder with whom the State enters into the Contract awarded pursuant to the Solicitation or the business entity or individual that is a party to the Contract with the State.

**4.19**    Suspension means action taken by a suspending official under federal or state law or regulations to suspend a Supplier from inclusion on the Supplier list; be eligible to submit Bids to State agencies and be awarded a contract by a State agency subject to the Central Purchasing Act.

**4.20**    Supplier Confidential Information means certain confidential and proprietary information of Supplier that is clearly marked as confidential and agreed by the State Purchasing Director or Customer, as applicable, but does not include information excluded from confidentiality in provisions of the Contract or the Oklahoma Open Records Act.

**4.21**    Work Product means any and all deliverables produced by Supplier under a statement of work or similar Contract Document issued pursuant to this Contract.

5    Pricing

**5.1**    Pursuant to 68 O.S. §§ 1352, 1356, and 1404, State agencies are exempt from the assessment of State sales, use, and excise taxes. Further, State agencies and political subdivisions of the State are exempt from Federal Excise Taxes pursuant to Title 26 of the United States Code. Any taxes of any nature whatsoever payable by the Supplier shall not be reimbursed.

**5.2**    Pursuant to 74 O.S. §85.40, all travel expenses of Supplier must be included in the total Acquisition price.

**5.3**    The price of a product offered under the Contract shall include and Supplier shall prepay all shipping, packaging, delivery and handling fees. All product deliveries will be free on board Customer's Destination. No additional fees shall be charged by Supplier for standard shipping and handling. If Customer requests expedited or special delivery, Customer may be responsible for any charges for expedited or special delivery.

6    Ordering, Inspection, and Acceptance

**6.1**    Any product or service furnished under the Contract shall be ordered by issuance of a valid purchase order or other appropriate payment mechanism, including a pre-encumbrance, or by use of a valid Purchase Card. All orders and transactions are governed by the terms and conditions of the Contract. Any purchase order or other applicable payment mechanism dated prior to termination or expiration of the Contract shall be performed unless mutually agreed in writing otherwise.

**6.2**    Services will be performed in accordance with industry best practices and are subject to acceptance by the Customer. Notwithstanding any other provision in the Contract, deemed acceptance of a service or associated deliverable shall not apply automatically upon receipt of a deliverable or upon provision of a service.

Supplier warrants and represents that a product or deliverable furnished by or through the Supplier shall individually, and where specified by Supplier to perform as a system, be substantially uninterrupted and error-free in operation and guaranteed

602293634.6
602293634.7
602293634.8

8

against faulty material and workmanship for a warranty period of the greater of ninety (90) days from the date of acceptance or the maximum allowed by the manufacturer. A defect in a product or deliverable furnished by or through the Supplier shall be repaired or replaced by Supplier at no additional cost or expense to the Customer if such defect occurs during the warranty period.

Any product to be delivered pursuant to the Contract shall be subject to final inspection and acceptance by the Customer at Destination. The Customer assumes no responsibility for a product until accepted by the Customer. Title and risk of loss or damage to a product shall be the responsibility of the Supplier until accepted. The Supplier shall be responsible for filing, processing, and collecting any and all damage claims accruing prior to acceptance.

Pursuant to OAC 260:115-9-5, payment for an Acquisition does not constitute final acceptance of the Acquisition. If subsequent inspection affirms that the Acquisition does not meet or exceed the specifications of the order or that the Acquisition has a latent defect, the Supplier shall be notified as soon as is reasonably practicable. The Supplier shall retrieve and replace the Acquisition at Supplier's expense or, if unable to replace, shall issue a refund to Customer. Refund under this section shall not be an exclusive remedy.

**6.3**    Supplier shall deliver products and services on or before the required date specified in a Contract Document. Failure to deliver timely may result in liquidated damages as set forth in the applicable Contract Document. Deviations, substitutions, or changes in a product or service, including changes of personnel directly providing services, shall not be made unless expressly authorized in writing by the Customer. Any substitution of personnel directly providing services shall be a person of comparable or greater skills, education and experience for performing the services as the person being replaced. Additionally, Supplier shall provide staff sufficiently experienced and able to perform with respect to any transitional services provided by Supplier in connection with termination or expiration of the Contract.

**6.4**    Product warranty and return policies and terms provided under any Contract Document will not be more restrictive or more costly than warranty and return policies and terms for other similarly situated customers for a like product.

**7**    Invoices and Payment

**7.1**    Supplier shall be paid upon submission of a proper invoice(s) at the prices stipulated in the Contract in accordance with 74 O.S. §85.44B which requires that payment be made only after products have been provided and accepted or services rendered and accepted.

The following terms additionally apply:

A.  An invoice shall contain the purchase order number, description of products or services provided and the dates of such provision.

B.  Failure to provide a timely and proper invoice may result in delay of processing the invoice for payment.  Proper invoice is defined at OAC 260:10-1-2.

C.  Payment of all fees under the Contract shall be due NET 45 days. Payment and interest on late payments are governed by 62 O.S. §34.72. Such interest is the sole and exclusive remedy for late payments by a State agency and no other late fees are authorized to be assessed pursuant to Oklahoma law.

D.  The date from which an applicable early payment discount time is calculated shall be from the receipt date of a proper invoice. There is no obligation, however, to utilize an early payment discount.

E.  If an overpayment or underpayment has been made to Supplier any subsequent payments to Supplier under the Contract may be adjusted to correct the account. A written explanation of the adjustment will be issued to Supplier.

F.  Supplier shall have no right of setoff.

G.  Because funds are typically dedicated to a particular fiscal year, an invoice will be paid only when timely submitted, which shall in no instance be later than six (6) months after the end of the fiscal year in which the goods are provided or services performed.

H.  The Supplier shall accept payment by Purchase Card as allowed by Oklahoma law.

8   Maintenance of Insurance, Payment of Taxes, and Workers' Compensation

8.1   As a condition of this Contract, Supplier shall procure at its own expense, and, upon written request, shall provide proof of, insurance coverage with the applicable liability limits set forth below and any approved subcontractor of Supplier shall procure and, upon written request, provide proof of the same coverage. The required insurance shall be underwritten by an insurance carrier with an A.M. Best rating of A- or better.

Such proof of coverage shall additionally, upon written request, be provided to the Customer if services will be provided by any of Supplier's employees, agents or subcontractors at any Customer premises and/or employer vehicles will be used in

connection with performance of Supplier's obligations under the Contract. Additionally, Supplier shall ensure each insurance policy includes a thirty (30) day notice of cancellation and name the State and its agencies as certificate holder and shall promptly provide proof to the State of any renewals, additions, or changes to such insurance coverage. Supplier's obligation to maintain insurance coverage under the Contract is a continuing obligation until Supplier has no further obligation under the Contract. Any combination of primary and excess or umbrella insurance may be used to satisfy the limits of coverage for Commercial General Liability, Auto Liability and Employers' Liability. Unless agreed between the parties and approved by the State Purchasing Director, the minimum acceptable insurance limits of liability are as follows:

A.    Workers' Compensation and Employer's Liability Insurance in accordance with and to the extent required by applicable law;

B.    Commercial General Liability Insurance covering the risks of personal injury, bodily injury (including death) and property damage, including coverage for contractual liability, with a limit of liability of not less than $5,000,000 per occurrence;

C.    Automobile Liability Insurance with limits of liability of not less than $5,000,000 combined single limit each accident, provided, however, that no such coverage shall be required if the Supplier performs all services hereunder on a remote basis without personnel on or traveling to or from Customer's premises;

D.    Directors and Officers Insurance which shall include Employment Practices Liability as well as Consultant's Computer Errors and Omissions Coverage, if information technology services are provided under the Contract, with limits not less than $5,000,000 per occurrence;

E.    Security and Privacy Liability insurance, including coverage for failure to protect confidential information and failure of the security of Supplier's computer systems that results in unauthorized access to Customer data with limits $5,000,000 per occurrence; and

F.    Additional coverage required in writing in connection with a particular Acquisition.

8.2    Supplier shall be entirely responsible during the existence of the Contract for the liability and payment of taxes payable by or assessed to Supplier or its employees, agents and subcontractors of whatever kind, in connection with the Contract. Supplier further agrees to comply with all state and federal laws applicable to any such persons, including laws regarding wages, taxes, insurance, and Workers'

Compensation. Neither Customer nor the State shall be liable to the Supplier, its employees, agents, or others for the payment of taxes or the provision of unemployment insurance and/or Workers' Compensation or any benefit available to a State or Customer employee.

**8.3** Supplier agrees to indemnify Customer, the State, and its employees, agents, representatives, contractors, and assignees for any and all liability, actions, claims, demands, or suits, and all related costs and expenses (including without limitation reasonable attorneys' fees and costs required to establish the right to indemnification) relating to tax liability, unemployment insurance and/or Workers' Compensation in connection with its performance under the Contract.

**9** Compliance with Applicable Laws

**9.1** As long as Supplier has an obligation under the terms of the Contract and in connection with performance of its obligations, the Supplier represents its present compliance, and shall have an ongoing obligation to comply, with all applicable federal, State, and local laws, rules, regulations, ordinances, and orders, as amended, including but not limited to the following:

**A.** Drug-Free Workplace Act of 1988 set forth at 41 U.S.C. §81.

**B.** Section 306 of the Clean Air Act, Section 508 of the Clean Water Act, Executive Order 11738, and Environmental Protection Agency Regulations which prohibit the use of facilities included on the EPA List of Violating Facilities under nonexempt federal contracts, grants or loans:

**C.** Prospective participant requirements set at 45 C.F.R. part 76 in connection with Debarment, Suspension and other responsibility matters;

**D.** 1964 Civil Rights Act, Title IX of the Education Amendment of 1972, Section 504 of the Rehabilitation Act of 1973, Americans with Disabilities Act of 1990, and Executive Orders 11246 and 11375:

**E.** Anti-Lobbying Law set forth at 31 U.S.C. §1325 and as implemented at 45 C.F.R. part 93;

**F.** Requirements of Internal Revenue Service Publication 1075 regarding use, access and disclosure of Federal Tax Information (as defined therein);

**G.** Obtaining certified independent audits conducted in accordance with Government Auditing Standards and Office of Management and Budget Uniform Guidance, 2 CFR 200 Subpart F §200.500 et seq. with approval and work paper examination rights of the applicable procuring entity;

    **H.**    Requirements of the Oklahoma Taxpayer and Citizen Protection Act of 2007, 25 O.S. §1312 and applicable federal immigration laws and regulations and be registered and participate in the Status Verification System. The Status Verification System is defined at 25 O.S. §1312, includes but is not limited to the free Employment Verification Program (E-Verify) through the Department of Homeland Security, and is available at www.dhs.gov/E-Verify;

    **I.**    Requirements of the Health Insurance Portability and Accountability Act of 1996; Health Information Technology for Economic and Clinical Health Act; Payment Card Industry Security Standards; Criminal Justice Information System Security Policy and Security Addendum; and Family Educational Rights and Privacy Act; and

    **J.**    Be registered as a business entity licensed to do business in the State, have obtained a sales tax permit, and be current on franchise tax payments to the State, as applicable.

**9.2**    The Supplier's employees, agents and subcontractors shall adhere to applicable Customer policies including, but not limited to acceptable use of Internet and electronic mail, facility and data security, press releases, and public relations. As applicable, the Supplier shall adhere to the State Information Security Policy, Procedures, Guidelines set forth at https://omes.ok.gov/sites/g/files/gmc316/f/InfoSecPPG_0.pdf. Supplier is responsible for reviewing and relaying such policies covering the above to the Supplier's employees, agents and subcontractors.

**9.3**    At no additional cost to Customer, the Supplier shall maintain all applicable licenses and permits required in association with its obligations under the Contract.

**9.4**    In addition to compliance under subsection 9.1 above, Supplier shall have a continuing obligation to comply with applicable Customer-specific mandatory contract provisions required in connection with the receipt of federal funds or other funding source.

**9.5**    The Supplier is responsible to review and inform its employees, agents, and subcontractors who provide a product or perform a service under the Contract of the Supplier's obligations under the Contract and Supplier certifies that its employees and each such subcontractor shall comply with minimum requirements and applicable provisions of the Contract. At the request of the State, Supplier shall promptly provide adequate evidence that such persons are its employees, agents or

approved subcontractors and have been informed of their obligations under the
Contract.

**9.6**   As applicable, Supplier agrees to comply with the Governor's Executive Orders
related to the use of any tobacco product, electronic cigarette or vaping device on any
and all properties owned, leased, or contracted for use by the State, including but not
limited to all buildings, land and vehicles owned, leased, or contracted for use by
agencies or instrumentalities of the State.

**9.7**   The execution, delivery and performance of the Contract and any ancillary
documents by Supplier will not, to the best of Supplier's knowledge, violate, conflict
with, or result in a breach of any provision of, or constitute a default (or an event
which, with notice or lapse of time or both, would constitute a default) under, or
result in the termination of, any written contract or other instrument between Supplier
and any third party.

**9.8**   Supplier represents that it has the ability to pay its debts when due and it does not
anticipate the filing of a voluntary or involuntary bankruptcy petition or appointment
of a receiver, liquidator or trustee.

**9.9**   Supplier represents that, to the best of its knowledge, any litigation or claim or any
threat thereof involving Supplier has been disclosed in writing to the State and
Supplier is not aware of any other litigation, claim or threat thereof.

**9.10**  If services provided by Supplier include delivery of an electronic communication,
Supplier shall ensure such communication and any associated support documents are
compliant with Section 508 of the Federal Rehabilitation Act and with State
standards regarding accessibility. Should any communication or associated support
documents be non-compliant, Supplier shall correct and re-deliver such
communication immediately upon discovery or notice, at no additional cost to the
State. Additionally, as part of compliance with accessibility requirements where
documents are only provided in non-electronic format, Supplier shall promptly
provide such communication and any associated support documents in an alternate
format usable by individuals with disabilities upon request and at no additional cost,
which may originate from an intended recipient or from the State.

**10**   Audits and Records Clause

**10.1**  As used in this clause and pursuant to 67 O.S. §203, "record" includes a document,
book, paper, photograph, microfilm, computer tape, disk, record, sound recording,
film recording, video record, accounting procedures and practices, and other data,
regardless of type and regardless of whether such items are in written form, in the
form of computer data, or in any other form. Supplier agrees any pertinent federal or
State agency or governing entity of a Customer shall have the right to examine and

audit, at no additional cost to a Customer, all records relevant to the execution and performance of the Contract except, unless otherwise agreed, costs of Supplier that comprise pricing under the Contract.

10.2    The Supplier is required to retain records relative to the Contract for the duration of the Contract and for a period of seven (7) years following completion or termination of an Acquisition unless otherwise indicated in the Contract terms. If a claim, audit, litigation or other action involving such records is started before the end of the seven-year period, the records are required to be maintained for two (2) years from the date that all issues arising out of the action are resolved, or until the end of the seven (7) year retention period, whichever is later.

10.3    Pursuant to 74 O.S. §85.41, if professional services are provided hereunder, all items of the Supplier that relate to the professional services are subject to examination by the State agency, State Auditor and Inspector and the State Purchasing Director.

11    Confidentiality

11.1    The Supplier shall maintain strict security of all State and citizen data and records entrusted to it or to which the Supplier gains access, in accordance with and subject to applicable federal and State laws, rules, regulations, and policies and shall use any such data and records only as necessary for Supplier to perform its obligations under the Contract. The Supplier further agrees to evidence such confidentiality obligation in a separate writing if required under such applicable federal or State laws, rules and regulations. The Supplier warrants and represents that such information shall not be sold, assigned, conveyed, provided, released, disseminated or otherwise disclosed by Supplier, its employees, officers, directors, subsidiaries, affiliates, agents, representatives, assigns, subcontractors, independent contractors, successor or any other persons or entities without Customer's prior express written permission. Supplier shall instruct all such persons and entities that the confidential information shall not be disclosed or used without the Customer's prior express written approval except as necessary for Supplier to render services under the Contract. The Supplier further warrants that it has a tested and proven system in effect designed to protect all confidential information.

11.2    Supplier shall establish, maintain and enforce agreements with all such persons and entities that have access to State and citizen data and records to fulfill Supplier's duties and obligations under the Contract and to specifically prohibit any sale, assignment, conveyance, provision, release, dissemination or other disclosure of any State or citizen data or records except as required by law or allowed by written prior approval of the Customer.

11.3    Supplier shall immediately report to the Customer any and all unauthorized use, appropriation, sale, assignment, conveyance, provision, release, access, acquisition, disclosure or other dissemination of any State or citizen data or records of which it or its parent company, subsidiaries, affiliates, employees, officers, directors, assignees, agents, representatives, independent contractors, and subcontractors is aware or have knowledge or reasonable should have knowledge. The Supplier shall also promptly furnish to Customer full details of the unauthorized use, appropriation, sale, assignment, conveyance, provision, release, access, acquisition, disclosure or other dissemination, or attempt thereof, and use its best efforts to assist the Customer in investigating or preventing the reoccurrence of such event in the future. The Supplier shall cooperate with the Customer in connection with any litigation and investigation deemed necessary by the Customer to protect any State or citizen data and records and shall bear all costs associated with the investigation, response and recovery in connection with any breach of State or citizen data or records including but not limited to credit monitoring services with a term of at least three (3) years, all notice-related costs and toll free telephone call center services.

11.4    Supplier further agrees to take such commercially reasonable action within its control to promptly prevent a reoccurrence of any unauthorized use, appropriation, sale, assignment, conveyance, provision, release, access, acquisition, disclosure or other dissemination of State or citizen data and records.

11.5    Supplier acknowledges that any improper use, appropriation, sale, assignment, conveyance, provision, release, access, acquisition, disclosure or other dissemination of any State data or records to others may cause immediate and irreparable harm to the Customer and certain beneficiaries and may violate state or federal laws and regulations. If the Supplier or its affiliates, parent company, subsidiaries, employees, officers, directors, assignees, agents, representatives, independent contractors, and subcontractors improperly use, appropriate, sell, assign, convey, provide, release, access, acquire, disclose or otherwise disseminate such confidential information to any person or entity in violation of the Contract, the Customer will immediately be entitled to injunctive relief and/or any other rights or remedies available under this Contract, at equity or pursuant to applicable statutory, regulatory, and common law without a cure period.

11.6    The Supplier shall immediately forward to the State Purchasing Director, and any other applicable person listed in the Notices section(s) of the Contract, any request by a third party for data or records in the possession of the Supplier or any subcontractor or to which the Supplier or subcontractor has access and Supplier shall fully cooperate with all efforts to protect the security and confidentiality of such data or records in response to a third party request.

**11.7**    Customer may be provided access to Supplier Confidential Information. State
agencies are subject to the Oklahoma Open Records Act and Supplier acknowledges
information marked confidential information will be disclosed to the extent permitted
under the Open Records Act and in accordance with this section. Nothing herein is
intended to waive the State Purchasing Director's authority under OAC 260:115-3-9
in connection with Bid information requested to be held confidential by a Bidder.
Notwithstanding the foregoing, Supplier Confidential Information shall not include
information that: (i) is or becomes generally known or available by public disclosure,
commercial use or otherwise and is not in contravention of this Contract; (ii) is
known and has been reduced to tangible form by the receiving party before the time
of disclosure for the first time under this Contract and without other obligations of
confidentiality; (iii) is independently developed without the use of any of Supplier
Confidential Information; (iv) is lawfully obtained from a third party (without any
confidentiality obligation) who has the right to make such disclosure or (v) résumé,
pricing or marketing materials provided to the State. In addition, the obligations in
this section shall not apply to the extent that the applicable law or regulation requires
disclosure of Supplier Confidential Information, provided that the Customer provides
reasonable written notice, pursuant to Contract notice provisions, to the Supplier so
that the Supplier may promptly seek a protective order or other appropriate remedy.

**12**    Conflict of Interest

In addition to any requirement of law or of a professional code of ethics or conduct, the
Supplier, its employees, agents and subcontractors are required to disclose any outside
activity or interest that conflicts or may conflict with the best interest of the State.  Prompt
disclosure is required under this section if the activity or interest is related, directly or
indirectly, to any person or entity currently under contract with or seeking to do business
with the State, its employees or any other third-party individual or entity awarded a contract
with the State.  Further, as long as the Supplier has an obligation under the Contract, any
plan, preparation or engagement in any such activity or interest shall not occur without prior
written approval of the State.  Any conflict of interest shall, at the sole discretion of the
State, be grounds for partial or whole termination of the Contract.

**13**    Assignment and Permitted Subcontractors

**13.1**    Supplier's obligations under the Contract may not be assigned or transferred to any
other person or entity without the prior written consent of the State which may be
withheld at the State's sole discretion. Should Supplier assign its rights to payment,
in whole or in part, under the Contract, Supplier shall provide the State and all
affected Customers with written notice of the assignment. Such written notice shall
be delivered timely and contain details sufficient for affected Customers to perform
payment obligations without any delay caused by the assignment.

602293634.6
602293634.7
602293634.8                                    **17**

**13.2**   Notwithstanding the foregoing, the Contract may be assigned by Supplier to any corporation or other entity in connection with a merger, consolidation, sale of all equity interests of the Supplier, or a sale of all or substantially all of the assets of the Supplier to which the Contract relates. In any such case, said corporation or other entity shall by operation of law or expressly in writing assume all obligations of the Supplier as fully as if it had been originally made a party to the Contract. Supplier shall give the State and all affected Customers prior written notice of said assignment. Any assignment or delegation in violation of this subsection shall be void.

**13.3**   Supplier may utilize subcontractors in in support of the Contract upon prior written approval of the State of such subcontractor. Such approval is within the sole discretion of the State. If the Supplier is permitted to utilize subcontractors in support of the Contract, the Supplier shall remain solely responsible for its obligations under the terms of the Contract, for its actions and omissions and those of its agents, employees and subcontractors and for payments to such persons or entities. Any proposed subcontractor shall be identified by entity name and shall include the nature of the services to be performed. The Supplier shall, upon written request, provide to the State a copy of a written agreement executed by the Supplier and subcontractor setting forth that such subcontractor is bound by and agrees, as applicable, to perform the same covenants and be subject to the same conditions and make identical certifications to the same facts and criteria, as the Supplier under the terms of all applicable Contract Documents (provided, that the other terms and conditions of such subcontract, including without limitation the commercial terms as between Supplier and subcontractor, may be redacted). Supplier agrees that maintaining such agreement with any subcontractor and obtaining prior written approval by the State of any subcontractor shall be a continuing obligation. The State further reserves the right to revoke approval of a subcontractor or an employee thereof in instances of poor performance, misconduct or for other similar reasons.

**13.4**   All payments under the Contract shall be made directly to the Supplier, except as provided in subsection A above regarding the Supplier's assignment of payment. No payment shall be made to the Supplier for performance by unapproved or disapproved subcontractor.

**13.5**   Rights and obligations of the State or a Customer under the terms of this Contract may be assigned or transferred, at no additional cost, to other Customer entities.

**14**   Background Checks and Criminal History Investigations

Prior to the commencement of any services, background checks and criminal history investigations of the Supplier's employees and subcontractors who will be providing services may be required and, if and to the extent so required, the required information shall

be provided to the State in a timely manner. Supplier's access to facilities, data and information may be withheld prior to completion of background verification acceptable to the State. The costs of additional background checks beyond Supplier's normal hiring practices shall be the responsibility of the Customer unless such additional background checks are required solely because Supplier will not provide results of its otherwise acceptable normal background checks; in such an instance, Supplier shall pay for the additional background checks. Supplier will coordinate with the State and its employees to complete the necessary background checks and criminal history investigations. Should any employee or subcontractor of the Supplier who will be providing services under the Contract not be acceptable as a result of the background check or criminal history investigation, the Customer may require replacement of the employee or subcontractor in question and, if no suitable replacement is made within a reasonable time, terminate the purchase order or other payment mechanism associated with the project or services.

15    Patents and Copyrights

Without exception, a product or deliverable price shall include all royalties or costs owed by the Supplier to any third party arising from the use of a patent, intellectual property, copyright or other property right held by such third party. Should any third party threaten or make a claim that any portion of a product or service provided by Supplier under the Contract infringes that party's patent, intellectual property, copyright or other property right, Supplier shall enable each affected Customer to legally continue to use, or modify for use, the portion of the product or service at issue or replace such potentially infringing product, or re-perform or redeliver in the case of a service, with at least a functional non-infringing equivalent. Supplier's duty under this section shall extend to include any other product or service rendered materially unusable as intended due to replacement or modification of the product or service at issue. If the Supplier determines that none of these alternatives are reasonably available, the State shall return such portion of the product or deliverable at issue to the Supplier, upon written request, in exchange for a refund of the price paid for such returned goods as well as a refund or reimbursement, if applicable, of the cost of any other product or deliverable rendered materially unusable as intended due to removal of the portion of product or deliverable at issue. Any remedy provided under this section is not an exclusive remedy and is not intended to operate as a waiver of legal or equitable remedies because of acceptance of relief provided by Supplier.

16    Indemnification

16.1    Acts or Omissions

A.    Supplier shall defend and indemnify the Indemnified Parties, as applicable, for any and all liability, claims, damages, losses, costs, expenses, demands, suits and actions of third parties (including without limitation reasonable attorneys' fees and costs required to establish the right to indemnification)

arising out of, or resulting from any action or claim for bodily injury, death, or property damage brought against any of the Indemnified parties to the extent arising from any negligent act or omission or willful misconduct of the Supplier or its agents, employees, or subcontractors in the execution or performance of the Contract.

**B.**     To the extent Supplier is found liable for loss, damage, or destruction of any property of Customer due to negligence, misconduct, wrongful act, or omission on the part of the Supplier, its employees, agents, representatives, or subcontractors, the Supplier and Customer shall use best efforts to mutually negotiate an equitable settlement amount to repair or replace the property unless such loss, damage or destruction is of such a magnitude that repair or replacement is not a reasonable option. Such amount shall be invoiced to, and is payable by, Supplier sixty (60) calendar days after the date of Supplier's receipt of an invoice for the negotiated settlement amount.

**16.2**    Infringement

Supplier shall indemnify the Indemnified Parties, as applicable, for all liability, claims, damages, losses, costs, expenses, demands, suits and actions of third parties (including without limitation reasonable attorneys' fees and costs required to establish the right to indemnification) arising from or in connection with Supplier's breach of its representations and warranties in the Contract or alleged infringement of any patent, intellectual property, copyright or other property right in connection with a product or service provided under the Contract. Supplier's duty under this section is reduced to the extent a claimed infringement results from: (a) a Customer's or user's content; (b) modifications by Customer or third party to a product delivered under the Contract or combinations of the product with any non-Supplier-provided services or products unless Supplier recommended or participated in such modification or combination; (c) use of a product or service by Customer in violation of the Contract unless done so at the direction of Supplier, or (d) a non-Supplier product that has not been provided to the State by, through or on behalf of Supplier as opposed to its combination with products Supplier provides to or develops for the State or a Customer as a system.

**16.3**    Notice and Cooperation

In connection with indemnification obligations under the Contract, the parties agree to furnish prompt written notice to each other of any third-party claim. Any Customer affected by the claim will reasonably cooperate with Supplier and defense of the claim to the extent its interests are aligned with Supplier. Supplier shall use counsel reasonably experienced in the subject matter at issue and will not settle a claim without the written consent of the party being defended, which consent will not

be unreasonably withheld or delayed, except that no consent will be required to settle a claim against Indemnified Parties that are not a State agency, where relief against the Indemnified Parties is limited to monetary damages that are paid by the defending party under indemnification provisions of the Contract.

**16.4    Coordination of Defense**

In connection with indemnification obligations under the Contract, when a State agency is a named defendant in any filed or threatened lawsuit, the defense of the State agency shall be coordinated by the Attorney General of Oklahoma, or the Attorney General may authorize the Supplier to control the defense and any related settlement negotiations; provided, however, Supplier shall not agree to any settlement of claims against the State without obtaining advance written concurrence from the Attorney General. If the Attorney General does not authorize sole control of the defense and settlement negotiations to Supplier, Supplier shall have authorization to equally participate in any proceeding related to the indemnity obligation under the Contract and shall remain responsible to indemnify the applicable Indemnified Parties.

**16.5    Limitation of Liability**

**A.**    With respect to any claim or cause of action arising under or related to the Contract, neither the State nor any Customer shall be liable to Supplier for lost profits, lost sales or business expenditures, investments, or commitments in connection with any business, loss of any goodwill, or for any other indirect, incidental, punitive, special or consequential damages, even if advised of the possibility of such damages.

**B.**    With respect to any claim or cause of action arising under or related to the Contract, Supplier shall not be liable, to either the State, any Customer or the State and any Customer collectively in an amount exceeding $650,000.00 provided, notwithstanding anything to the contrary in the Contract, this limitation shall not apply to limit damages, expenses, costs, actions, claims, and liabilities arising from or related to property damage, bodily injury or death caused by Supplier or its employees, agents or subcontractors; indemnity obligations of Supplier pursuant to Sections 16.1 and 16.2 of this Contract, security or confidentiality obligations under the Contract; the bad faith, negligence, intentional misconduct or other acts for which applicable law does not allow exemption from liability of Supplier or its employees, agents or subcontractors.

**C.**    The limitation of liability and disclaimers set forth in the Contract will apply regardless of whether Customer has accepted a product or service. The parties

agree that Supplier has set its fees and entered into the Contract in reliance on the disclaimers and limitations set forth herein, that the same reflect an allocation of risk between the parties and form an essential basis of the bargain between the parties. These limitations shall apply notwithstanding any failure of essential purpose of any limited remedy.

17    Termination for Funding Insufficiency

17.1    Notwithstanding anything to the contrary in any Contract Document, the State may terminate the Contract in whole or in part if funds sufficient to pay obligations under the Contract are not appropriated or received from an intended third-party funding source. In the event of such insufficiency, Supplier will be provided at least fifteen (15) calendar days' written notice of termination. Any partial termination of the Contract under this section shall not be construed as a waiver of, and shall not affect, the rights and obligations of any party regarding portions of the Contract that are not terminated. The determination by the State of insufficient funding shall be accepted by, and shall be final and binding on, the Supplier.

17.2    Upon receipt of notice of a termination, Supplier shall immediately comply with the notice terms and take all necessary steps to minimize the incurrence of costs allocable to the work affected by the notice. If a purchase order or other payment mechanism has been issued and a product or service has been accepted as satisfactory prior to the effective date of termination, the termination does not relieve an obligation to pay for the product or service but there shall not be any liability for further payments ordinarily due under the Contract or for any damages or other amounts caused by or associated with such termination. Any amount paid to Supplier in the form of prepaid fees that are unused when the Contractor certain obligations are terminated shall be refunded.

17.3    The State's exercise of its right to terminate the Contract under this section shall not be considered a default or breach under the Contract or relieve the Supplier of any liability for claims arising under the Contract.

18    Termination for Cause

18.1    Supplier may terminate the Contract if (i) it has provided the State with written notice of material breach and (ii) the State fails to cure such material breach within thirty (30) days of receipt of written notice. If there is more than one Customer, material breach by a Customer does not give rise to a claim of material breach as grounds for termination by Supplier of the Contract as a whole. The State may terminate the Contract in whole or in part if (i) it has provided Supplier with written notice of material breach, and (ii) Supplier fails to cure such material breach within thirty (30) days of receipt of written notice. Any partial termination of the Contract

under this section shall not be construed as a waiver of, and shall not affect, the rights and obligations of any party regarding portions of the Contract that are not terminated.

**18.2**    The State may terminate the Contract in whole or in part immediately without a thirty (30) day written notice to Supplier if (i) Supplier fails to comply with confidentiality, privacy, security, environmental or safety requirements applicable to Supplier's performance or obligations under the Contract; (ii) Supplier's material breach is reasonably determined to be an impediment to the function of the State and detrimental to the State or to cause a condition precluding the thirty (30) day notice or (iii) when the State determines that an administrative error in connection with award of the Contract occurred prior to Contract performance.

**18.3**    Upon receipt of notice of a termination, Supplier shall immediately comply with the notice terms and take all necessary steps to minimize the incurrence of costs allocable to the work affected by the notice. If a purchase order or other payment mechanism has been issued and a product or service has been accepted as satisfactory prior to the effective date of termination, the termination does not relieve an obligation to pay for the product or service but there shall not be any liability for further payments ordinarily due under the Contract or for any damages or other amounts caused by or associated with such termination. Such termination is not an exclusive remedy but is in addition to any other rights and remedies provided for by law. Any amount paid to Supplier in the form of prepaid fees that are unused when the Contract or certain obligations are terminated shall be refunded. Termination of the Contract under this section, in whole or in part, shall not relieve the Supplier of liability for claims arising under the Contract.

**18.4**    The Supplier's repeated failure to provide an acceptable product or service; Supplier's unilateral revision of linked or supplemental terms that have a materially adverse impact on a Customer's rights or obligations under the Contract (except as required by a governmental authority); actual or anticipated failure of Supplier to perform its obligations under the Contract; Supplier's inability to pay its debts when due; assignment for the benefit of Supplier's creditors; or voluntary or involuntary appointment of a receiver or filing of bankruptcy of Supplier shall constitute a material breach of the Supplier's obligations, which may result in partial or whole termination of the Contract. This subsection is not intended as an exhaustive list of material breach conditions. Termination may also result from other instances of failure to adhere to the Contract provisions and for other reasons provided for by applicable law, rules or regulations; without limitation, OAC 260:115-9-9 is an example.

19    Termination for Convenience

**19.1**   The State may terminate the Contract, in whole or in part, for convenience if it is determined that termination is in the State's best interest. In the event of a termination for convenience, Supplier will be provided at least thirty (30) days' written notice of termination. Any partial termination of the Contract shall not be construed as a waiver of, and shall not affect, the rights and obligations of any party regarding portions of the Contract that remain in effect.

**19.2**   Upon receipt of notice of such termination, Supplier shall immediately comply with the notice terms and take all necessary steps to minimize the incurrence of costs allocable to the work affected by the notice.  If a purchase order or other payment mechanism has been issued and a product or service has been accepted as satisfactory prior to the effective date of termination, the termination does not relieve an obligation to pay for the product or service but there shall not be any liability for further payments ordinarily due under the Contract or for any damages or other amounts caused by or associated with such termination. Such termination shall not be an exclusive remedy but shall be in addition to any other rights and remedies provided for by law.  Any amount paid to Supplier in the form of prepaid fees that are unused when the Contract or certain obligations are terminated shall be refunded. Termination of the Contract under this section, in whole or in part, shall not relieve the Supplier of liability for claims arising under the Contract.

**20**   Suspension of Supplier

**20.1**   Supplier may be subject to Suspension without advance notice and may additionally be suspended from activities under the Contract if Supplier fails to comply with confidentiality, privacy, security, environmental or safety requirements applicable to Supplier's performance or obligations under the Contract.

**20.2**   Upon receipt of a notice pursuant to this section, Supplier shall immediately comply with the notice terms and take all necessary steps to minimize the incurrence of costs allocable to the work affected by the notice.  If a purchase order or other payment mechanism has been issued and a product or service has been accepted as satisfactory prior to receipt of notice by Supplier, the Suspension does not relieve an obligation to pay for the product or service but there shall not be any liability for further payments ordinarily due under the Contract during a period of Suspension or suspended activity or for any damages or other amounts caused by or associated with such Suspension or suspended activity.  A right exercised under this section shall not be an exclusive remedy but shall be in addition to any other rights and remedies provided for by law.  Any amount paid to Supplier in the form of prepaid fees attributable to a period of Suspension or suspended activity shall be refunded.

**20.3**   Such Suspension may be removed, or suspended activity may resume, at the earlier of such time as a formal notice is issued that authorizes the resumption of

performance under the Contract or at such time as a purchase order or other appropriate encumbrance document is issued. This subsection is not intended to operate as an affirmative statement that such resumption will occur.

**21**    Certification Regarding Debarment, Suspension, and Other Responsibility Matters

The certification made by Supplier with respect to Debarment, Suspension, certain indictments, convictions, civil judgments and terminated public contracts is a material representation of fact upon which reliance was placed when entering into the Contract. A determination that Supplier knowingly rendered an erroneous certification, in addition to other available remedies, may result in whole or partial termination of the Contract for Supplier's default. Additionally, Supplier shall promptly provide written notice to the State Purchasing Director if the certification becomes erroneous due to changed circumstances.

**22**    Certification Regarding State Employees Prohibition From Fulfilling Services

Pursuant to 74 O.S. § 85.42, the Supplier certifies that no person involved in any manner in development of the Contract employed by the State shall be employed to fulfill any services provided under the Contract.

**23**    Force Majeure

**23.1**    Either party shall be temporarily excused from performance to the extent delayed as a result of unforeseen causes beyond its reasonable control including fire or other similar casualty, act of God, strike or labor dispute, war or other violence, or any law, order or requirement of any governmental agency or authority provided the party experiencing the force majeure event has prudently and promptly acted to take any and all steps within the party's control to ensure continued performance and to shorten duration of the event. If a party's performance of its obligations is materially hindered as a result of a force majeure event, such party shall promptly notify the other party of its best reasonable assessment of the nature and duration of the force majeure event and steps it is taking, and plans to take, to mitigate the effects of the force majeure event. The party shall use commercially reasonable best efforts to continue performance to the extent possible during such event and resume full performance as soon as reasonably practicable.

**23.2**    Subject to the conditions set forth above, non-performance as a result of a force majeure event shall not be deemed a default. However, a purchase order or other payment mechanism may be terminated if Supplier cannot cause delivery of a product or service in a timely manner to meet the business needs of Customer. Supplier is not entitled to payment for products or services not received and, therefore, amounts payable to Supplier during the force majeure event shall be equitably adjusted downward.

**23.3** Notwithstanding the foregoing or any other provision in the Contract, (i) the following are not a force majeure event under the Contract: (a) shutdowns, disruptions or malfunctions in Supplier's system or any of Supplier's telecommunication or internet services other than as a result of general and widespread internet or telecommunications failures that are not limited to Supplier's systems or (b) the delay or failure of Supplier or subcontractor personnel to perform any obligation of Supplier hereunder unless such delay or failure to perform is itself by reason of a force majeure event and (ii) no force majeure event modifies or excuses Supplier's obligations related to confidentiality, indemnification, data security or breach notification obligations set forth herein.

**24** Security of Property and Personnel

In connection with Supplier's performance under the Contract, Supplier may have access to Customer personnel, premises, data, records, equipment and other property. Supplier shall use commercially reasonable best efforts to preserve the safety and security of such personnel, premises, data, records, equipment, and other property of Customer. Supplier shall be responsible for damage to such property to the extent such damage is caused by its employees or subcontractors and shall be responsible for loss of Customer property in its possession, regardless of cause. If Supplier fails to comply with Customer's security requirements, Supplier is subject to immediate suspension of work as well as termination of the associated purchase order or other payment mechanism.

**25** Notices

All notices, approvals or requests allowed or required by the terms of any Contract Document shall be in writing, reference the Contract with specificity and deemed delivered upon receipt or upon refusal of the intended party to accept receipt of the notice. In addition to other notice requirements in the Contract and the designated Supplier contact provided in a successful Bid, notices shall be sent to the State at the physical address set forth below. Notice information may be updated in writing to the other party as necessary. Notwithstanding any other provision of the Contract, confidentiality, breach and termination-related notices shall not be delivered solely via e-mail.

If sent to the State:
State Purchasing Director
2401 North Lincoln Boulevard, Suite 116
Oklahoma City, Oklahoma 73105

With a copy, which shall not constitute notice, to:
Purchasing Division Deputy General Counsel
2401 North Lincoln Boulevard, Suite 116
Oklahoma City, Oklahoma 73105

**26**     Miscellaneous

**26.1**     Choice of Law and Venue

Any claim, dispute, or litigation relating to the Contract Documents, in the singular or in the aggregate, shall be governed by the laws of the State without regard to application of choice of law principles. Pursuant to 74 O.S. §85.14, where federal granted funds are involved, applicable federal laws, rules and regulations shall govern to the extent necessary to insure benefit of such federal funds to the State. Venue for any action, claim, dispute, or litigation relating in any way to the Contract Documents, shall be in Oklahoma County, Oklahoma.

**26.2**     No Guarantee of Products or Services Required

The State shall not guarantee any minimum or maximum amount of Supplier products or services required under the Contract.

**26.3**     Employment Relationship

The Contract does not create an employment relationship. Individuals providing products or performing services pursuant to the Contract are not employees of the State or Customer and, accordingly are not eligible for any rights or benefits whatsoever accruing to such employees.

**26.4**     Transition Services

If transition services are needed at the time of Contract expiration or termination, Supplier shall provide such services on a month-to-month basis, at the contract rate or other mutually agreed rate. Supplier shall provide a proposed transition plan, upon request, and cooperate with any successor supplier and with establishing a mutually agreeable transition plan. Failure to cooperate may be documented as poor performance of Supplier.

**26.5**     Publicity

The existence of the Contract or any Acquisition is in no way an endorsement of Supplier, the products or services and shall not be so construed by Supplier in any advertising or publicity materials. Supplier agrees to submit to the State all advertising, sales, promotion, and other publicity matters relating to the Contract wherein the name of the State or any Customer is mentioned or language used from which, in the State's judgment, an endorsement may be inferred or implied. Supplier further agrees not to publish or use such advertising, sales promotion, or publicity matter or release any informational pamphlets, notices, press releases, research

reports, or similar public notices concerning the Contract or any Acquisition hereunder without obtaining the prior written approval of the State.

**26.6    Open Records Act**

Supplier acknowledges that all State agencies and certain other Customers are subject to the Oklahoma Open Records Act set forth at 51 O.S. §24A-1 *et seq.* Supplier also acknowledges that compliance with the Oklahoma Open Records Act and all opinions of the Oklahoma Attorney General concerning the Act is required.

**26.7    Failure to Enforce**

Failure by the State or a Customer at any time to enforce a provision of, or exercise a right under, the Contract shall not be construed as a waiver of any such provision. Such failure to enforce or exercise shall not affect the validity of any Contract Document, or any part thereof, or the right of the State or a Customer to enforce any provision of, or exercise any right under, the Contract at any time in accordance with its terms. Likewise, a waiver of a breach of any provision of a Contract Document shall not affect or waive a subsequent breach of the same provision or a breach of any other provision in the Contract.

**26.8    Mutual Responsibilities**

**A.**    No party to the Contract grants the other the right to use any trademarks, trade names, other designations in any promotion or publication without the express written consent by the other party.

**B.**    The Contract is a non-exclusive contract and each party is free to enter into similar agreements with others.

**C.**    The Customer and Supplier each grant the other only the licenses and rights specified in the Contract and all other rights and interests are expressly reserved.

**D.**    The Customer and Supplier shall reasonably cooperate with each other and any Supplier to which the provision of a product and/or service under the Contract may be transitioned after termination or expiration of the Contract.

**E.**    Except as otherwise set forth herein, where approval, acceptance, consent, or similar action by a party is required under the Contract, such action shall not be unreasonably delayed or withheld.

**26.9    Invalid Term or Condition**

To the extent any term or condition in the Contract conflicts with a compulsory applicable State or United States law or regulation, such Contract term or condition is void and unenforceable. By executing any Contract Document which contains a conflicting term or condition, no representation or warranty is made regarding the enforceability of such term or condition. Likewise, any applicable State or federal law or regulation which conflicts with the Contract or any non-conflicting applicable State or federal law or regulation is not waived.

26.10   Severability

If any provision of a Contract Document, or the application of any term or condition to any party or circumstances, is held invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable and the application of such provision to other parties or circumstances shall remain valid and in full force and effect. If a court finds that any provision of this contract is invalid or unenforceable, but that by limiting such provision it would become valid and enforceable, then such provision shall be deemed to be written, construed, and enforced as so limited.

26.11   Section Headings

The headings used in any Contract Document are for convenience only and do not constitute terms of the Contract.

26.12   Sovereign Immunity

Notwithstanding any provision in the Contract, the Contract is entered into subject to the State's Constitution, statutes, common law, regulations, and the doctrine of sovereign immunity, none of which are waived by the State nor any other right or defense available to the State.

26.13   Survival

As applicable, performance under all license, subscription, service agreements, statements of work, transition plans and other similar Contract Documents entered into between the parties under the terms of the Contract shall survive Contract expiration. Additionally, rights and obligations under the Contract which by their nature should survive including, without limitation, certain payment obligations invoiced prior to expiration or termination; confidentiality obligations; security incident and data breach obligations and indemnification obligations, remain in effect after expiration or termination of the Contract.

26.14   Entire Agreement

The Contract Documents taken together as a whole constitute the entire agreement between the parties. No statement, promise, condition, understanding, inducement or representation, oral or written, expressed or implied, which is not contained in a Contract Document shall be binding or valid. The Supplier's representations and certifications, including any completed electronically, are incorporated by reference into the Contract.

26.15  Gratuities

The Contract may be immediately terminated, in whole or in part, by written notice if it is determined that the Supplier, its employee, agent, or another representative violated any federal, State or local law, rule or ordinance by offering or giving a gratuity to any State employee directly involved in the Contract. In addition, Suspension or Debarment of the Supplier may result from such a violation.

26.16  Import/Export Controls

Neither party will use, distribute, transfer or transmit any equipment, services, software or technical information provided under the Contract (even if incorporated into other products) except in compliance with all applicable import and export laws, conventions and regulations.

**ATTACHMENT B**
**STATE OF OKLAHOMA TECHNOLOGY TERMS**

Pursuant to the Oklahoma Information Technology Consolidation and Coordination Act, OMES-Information Services ("OMES-IS") is designated to purchase information technology and telecommunication products and services on behalf of the State. The Act directs OMES-IS to acquire necessary hardware, software and services and to authorize the use by other State agencies. OMES, as the owner of information technology and telecommunication assets and contracts on behalf of the State, allows other State agencies to use the assets while retaining license or ownership rights, as applicable, and the right to reassign the assets, at no additional cost, upon written notification to Supplier. OMES-IS is the data custodian for State agency data; however, such data is owned by the respective State agency.

**1    Definitions**

    **1.1**    **COTS** means software that is commercial off the shelf.

    **1.2**    **Customer Data** means all data supplied by or on behalf of a Customer in connection with the Contract, excluding any confidential information of Supplier.

    **1.3**    **Data Breach** means the unauthorized access by an unauthorized person that results in the use, disclosure or theft of Customer Data.

    **1.4**    **Host** includes the terms **Hosted** or **Hosting** and means the accessing, processing or storing of Customer Data.

    **1.5**    **Intellectual Property Rights** means the worldwide legal rights or interests evidenced by or embodied in any idea, design, concept, personality right, method, process, technique, apparatus, invention, discovery or improvement including any patents, trade secrets and know-how; any work of authorship including any copyrights, moral rights or neighboring rights; any trademark, service mark, trade dress, trade name or other indicia of source or origin; domain name registrations; and any other proprietary or similar rights. Intellectual Property Rights of a party also includes all worldwide legal rights or interests that the party may have acquired by assignment or license with the right to grant sublicenses.

    **1.6**    **[RESERVED]**

    **1.7**    **Non-Public Data** means Customer Data, other than Personal Data, that is not subject to distribution to the public as public information. It is deemed to be sensitive and confidential

by Customer because it contains information that is exempt by statute, ordinance or administrative rule from access by the general public as public information. Non-Public Data includes any data deemed confidential pursuant to the Contract, otherwise identified by Customer as Non-Public Data, or that a reasonable person would deem confidential.

1.8 **Personal Data** means Customer Data that contains 1) any combination of an individual's name, social security numbers, driver's license, state/federal identification number, account number, credit or debit card number and/or 2) data subject to protection under a federal, state or local law, rule, regulation or ordinance.

1.9 **Security Incident** means the attempted or successful unauthorized access, use, disclosure, modification, or destruction of information or interference with the Hosted environment used to perform the services.

1.10 **State CIO** means the State Chief Information Officer or authorized designee.

1.11 **Supplier Intellectual Property** means all tangible or intangible items or things, including the Intellectual Property Rights therein, created or developed by Supplier, whether prior to providing any services or Work Product to Customer and prior to receiving any documents, materials, information or funding from or on behalf of a Customer relating to the services or Work Product, or after the effective date of the Contract.

1.12 **Third Party Intellectual Property** means the Intellectual Property Rights of any third party that is not a party to the Contract, and that is not directly or indirectly providing any goods or services to a Customer under the Contract.

1.13 **Work Product** means any and all deliverables produced by Supplier for Customer under a statement of work issued pursuant to the Contract.

2    **Termination of Maintenance and Support Services**

Customer may terminate maintenance or support services without an adjustment charge, provided any of the following circumstances occur:

2.1 Customer removes the product for which the services are provided, from productive use or:

2.2 The location at which the services are provided is no longer controlled by Customer (for example, because of statutory or regulatory changes or the sale or closing of a facility).

If Customer chooses to renew maintenance or support after maintenance has lapsed, Customer may choose to pay the additional fee, if any, associated with renewing a license after such maintenance or support has lapsed, or to purchase a new license. Any amount paid to Supplier in the form of prepaid fees that are unused when services under the Contract or purchase order are terminated shall be refunded to Customer.

3    **Compliance and Electronic and Information Technology Accessibility**

State procurement of information technology is subject to certain federal and State laws, rules and regulations related to information technology accessibility, including but not limited to Oklahoma Information Technology Accessibility Standards ("Standards") set forth at _____. Supplier shall provide a Voluntary Product Accessibility Template ("VPAT") describing accessibility compliance via a URL linking to the VPAT and shall update the VPAT as necessary in order to allow a Customer to obtain current VPAT information as required by State law. If products require development or customization, additional requirements and documentation may be required and compliance shall be necessary by Supplier. Such requirements may be stated in appropriate documents including but not limited to a statement of work, riders, agreement, purchase order or Addendum. All representations contained in the VPAT provided will be relied upon by the State or a Customer, as applicable, for accessibility compliance purposes.

**4    Media Ownership (Disk Drive and/or Memory Chip Ownership)**

**4.1**    Any disk drives and memory cards purchased with or included for use in leased or purchased products under the Contract remain the property of the Customer.

**4.2**    Personal information may be retained within electronic media devices and components; therefore, electronic media shall not be released either between Customers or for the resale, of refurbished equipment that has been in use by a Customer, by the Supplier to the general public or other entities. This provision applies to replacement devices and components, whether purchased or leased, supplied by Supplier, its agents or subcontractors during the downtime (repair) of products purchased or leased through the Contract. If a device is removed from a location for repairs, the Customer shall have sole discretion, prior to removal, to determine and implement sufficient safeguards (such as a record of hard drive serial numbers) to protect personal information that may be stored within the hard drive or memory of the device.

**5    Offshore Services**

No offshore services are provided for under the Contract. State data shall not be used or accessed internationally for troubleshooting or any other use not specifically provided for herein without the prior written permission, which may be withheld in the State's sole discretion, from the appropriate authorized representative of the State. Notwithstanding the above, back office administrative functions, including customer service, of the Supplier may be located offshore and the follow-the-sun support model may be used by the Supplier to the extent allowed by law applicable to any Customer Data being accessed or used.

**6    Compliance with Technology Policies**

**6.1**    The Supplier agrees to adhere to the State of Oklahoma "Information Security Policy, Procedures,            and            Guidelines"            available            at _____

Supplier's employees and subcontractors shall adhere to the applicable State IT Standard Methodologies and Templates including but not limited to Project Management, Business

Analysis, System Analysis, Enterprise and IT Architecture, Quality, Application and Security Methodologies and Templates as set forth at                    .

**6.2**    Supplier shall comply with applicable Federal Information Processing Standards including, without limitation, FIPS 200, FIPS 140-2 or successor standards and all recommendations from the National Institute of Standards and Technology. The confidentiality of Customer Data shall be protected and maintained in accordance with these standards as well as other applicable Customer standards.

**6.3**    Supplier shall comply with the CJIS Security Policy as more particularly described at Appendix 2 attached hereto and incorporated herein.

**7**    **Emerging Technologies**

The State of Oklahoma reserves the right to enter into an Addendum to the Contract at any time to allow for emerging technologies not identified elsewhere in the Contract Documents if there are repeated requests for such emerging technology or the State determines it is warranted to add such technology.

**8**    **Extension Right**

In addition to extension rights of the State set forth in the Contract, the State CIO reserves the right to extend any Contract if the State CIO determines such extension to be in the best interest of the State.

**9**    **[RESERVED]**

**10**    **Commercial Off The Shelf Software**

If Supplier specifies terms and conditions or clauses in an electronic license, subscription, maintenance, support or similar agreement that conflict with the terms of this Contract, the additional terms and conditions or conflicting clauses shall not be binding on the State and the provisions of this Contract shall prevail.

**11**    **[RESERVED]**

**12**    **Intellectual Property Ownership**

**12.1**    All Supplier Intellectual Property and all Intellectual Property Rights in all Work Product or other intellectual property owned or licensed by Supplier or any subcontractor, or developed by or on behalf of the Supplier or any subcontractor pursuant to this Contract, shall be owned by and reserved in the party developing (or otherwise owning) such intellectual property during the term of this Contract and following termination.  All Supplier Intellectual Property and all Intellectual Property Rights in all Work Product or other intellectual property owned or licensed by Supplier or any subcontractor, or developed by or on behalf of the Supplier or any subcontractor pursuant to this Contract, shall not be considered a work made for hire in favor of the State/Customer, and State/ Customer shall have no claim and shall make no claim of ownership or other interest therein (other than the limited license

rights as explicitly set forth below). Provided, notwithstanding the foregoing, that under no circumstances shall any (i) Customer Data or (ii) customized forms or similar mechanisms of user interface developed exclusively for the Customer in connection with the implementation of the programs contemplated by this Contract constitute Supplier Intellectual Property, which elements of Work Product shall constitute and remain the property of Customer.

12.2   With respect to Supplier Intellectual Property, the Supplier grants the Customer, for no additional consideration, non-transferable, non-exclusive, royalty-free, fully paid license, solely for the internal business use of the Customer, to use, copy, modify, display, perform, transmit and prepare derivative works of Supplier Intellectual Property embodied in or delivered to the Customer in conjunction with this Contract. To the extent that any Third Party Intellectual Property is embodied or reflected in the Work Product or is necessary to provide services, Supplier shall obtain from the applicable third party for the Customer's benefit, a non-transferable, non-exclusive, royalty-free, fully paid license to use such Third Party Intellectual Property, solely for Customer's internal business purposes. The foregoing licenses include the right to sublicense third parties, solely for the purpose of engaging such third parties to assist or carry out Customer's internal business use of the Work Product. Except for the preceding licenses, all rights in Supplier Intellectual Property remain in Supplier and all rights in Third Party Intellectual Property remain in the third-party. On written request, Supplier shall provide Customer with documentation indicating a third party's written approval for Supplier to use any Third Party Intellectual Property that may be embodied or reflected in the Work Product.

12.3   For the avoidance of doubt, nothing in this Contract shall preclude Supplier from developing for itself, or for others, materials which are competitive with those produced as a result of the services provided under the Contract

## 13   Hosting Services

13.1   If Supplier or its subcontractor, affiliate or any other person or entity providing products or services under the Contract Hosts Customer Data in connection with an Acquisition, the provisions of Appendix 1, attached hereto and incorporated herein, apply to such Acquisition.

**13.2**   If the Hosting of Customer Data by Supplier or its subcontractor, affiliate or any other person or entity providing products or services under the Contract contributes to or directly causes a Data Breach, Supplier shall be responsible for the obligations set forth in Appendix 1 related to breach reporting requirements and associated costs. Likewise if such Hosting contributes to or directly causes a Security Incident, Supplier shall be responsible for the obligations set forth in Appendix 1, as applicable.

## 14    Change Management

When a scheduled change is made to products or services provided to a Customer that impacts the Customer's system related to such product or service, Supplier shall provide two (2) weeks' prior written notice of such change. When the change is an emergency change, Supplier shall provide twenty-four (24) hours' prior written notice of the change. Repeated failure to provide such notice may be an evaluation factor (as indicative of Supplier's past performance) upon renewal or if future bids submitted by Supplier are evaluated by the State.

## 15    Service Level Deficiency

In addition to other terms of the Contract, in instances of the Supplier's repeated failure to provide an acceptable level of service or meet service level agreement metrics, service credits shall be provided by Supplier and may be used as an offset to payment due.

## 16    Notices

In addition to notice requirements under the terms of the Contract otherwise, the following individuals shall also be provided the request, approval or notice, as applicable:

Chief Information Officer
3115 N. Lincoln Blvd
Oklahoma City, OK 73105

**With a copy, which shall not constitute notice, to:**
Information Services Deputy Counsel
3115 North Lincoln Boulevard
Oklahoma City, Oklahoma 73105

## Appendix 1 to State of Oklahoma Information Technology Terms

The parties agree to the following provisions in connection with any Customer Data accessed, processed or stored by or on behalf of the Supplier and the obligations, representations and warranties set forth below shall continue as long as the Supplier has an obligation under the Contract

### A.    Customer Data

1.    Customer will be responsible for the accuracy and completeness of all Customer Data provided to Supplier by Customer. Customer shall retain exclusive ownership of all Customer Data. Non-Public Data and Personal Data shall be deemed to be Customer's confidential information. Supplier shall restrict access to Customer Data to their employees with a need to know (and advise such employees of the confidentiality and non-disclosure obligations assumed herein).

2.    Supplier shall promptly notify the Customer upon receipt of any requests from unauthorized third parties which in any way might reasonably require access to Customer Data or Customer's use of the Hosted environment. Supplier shall notify the Customer by the fastest means available and also in writing pursuant to Contract notice provisions and the notice provision herein. Except to the extent required by law, Supplier shall not respond to subpoenas, service or process, Freedom of Information Act or other open records requests, and other legal request related to Customer without first notifying the Customer and obtaining the Customer's prior approval, which shall not be unreasonably withheld, of Supplier's proposed responses. Supplier agrees to provide its completed responses to the Customer with adequate time for Customer review, revision and approval.

3.    Supplier will use commercially reasonable efforts to prevent the loss of or damage to Customer Data in its possession and will maintain commercially reasonable back-up procedures and copies to facilitate the reconstruction of any Customer Data that may be lost or damaged by Supplier. Supplier will promptly notify Customer of any loss, damage to, or unauthorized access of Customer Data. Supplier will use commercially reasonable efforts to reconstruct any Customer Data that has been lost or damaged by Supplier as a result of its negligence or willful misconduct. If Customer Data is lost or damaged for reasons other than as a result of Supplier's negligence or willful misconduct, Supplier, at the Customer's expense, will, at the request of the State, use commercially reasonable efforts to reconstruct any Customer Data lost or damaged.

### B.    Data Security

1.    Supplier will use commercially reasonable efforts, consistent with industry standards, to provide security for the Hosted environment and Customer Data and to protect against both unauthorized access to the Hosting environment, and unauthorized communications between the Hosting environment and the Customer's browser. Supplier shall implement and maintain appropriate administrative, technical and organizational security measures to safeguard against unauthorized access, disclosure or theft of Personal Data and Non-Public

Data. Such security measures shall be in accordance with recognized industry practice and not less stringent than the measures the service provider applies to its own personal data and non-public data of similar kind.

2.    All Personal Data and Non-public Data shall be encrypted at rest and in transit with controlled access. Unless otherwise stipulated, the service provider is responsible for encryption of Personal Data.

3.    Supplier represents and warrants to the Customer that the Hosting equipment and environment will be routinely checked with a commercially available, industry standard software application with up-to-date virus definitions. Supplier will regularly update the virus definitions to ensure that the definitions are as up-to-date as is commercially reasonable. Supplier will promptly purge all viruses discovered during virus checks. If there is a reasonable basis to believe that a virus may have been transmitted to Customer by Supplier, Supplier will promptly notify Customer of such possibility in a writing that states the nature of the virus, the date on which transmission may have occurred, and the means Supplier has used to remediate the virus. Should the virus propagate to Customer's IT infrastructure, Supplier is responsible for costs incurred by Customer for Customer to remediate the virus.

4.    Supplier shall provide its services to Customer and its users solely from data centers in the U.S. Storage of Customer Data at rest shall be located solely in data centers in the U.S. Supplier shall not allow its personnel or contractors to store Customer Data on portable devices, including personal computers, except for devices that are used and kept only at its U.S. data centers. Supplier shall permit its personnel and contractors to access Customer Data remotely only as required to fulfill Supplier's obligations under the Contract.

5.    Supplier shall allow the Customer to audit conformance to the Contract terms. The Customer may perform this audit or contract with a third party at its discretion and at Customer's expense.

6.    Supplier shall perform an independent audit of its data centers at least annually at its expense and provide a redacted version of the audit report upon request. Supplier may remove its proprietary information from the redacted version. A Service Organization Control (SOC) 1 audit report or approved equivalent sets the minimum level of a third-party audit.

7.    Any remedies provided in this Appendix are not exclusive and are in addition to other rights and remedies available under the terms of the Contract, at law or in equity.

C.    **Security Assessment**

1.    The State requires any entity or third-party Supplier Hosting Oklahoma Customer Data to submit to a State Certification and Accreditation Review process to assess initial security risk. Supplier submitted to the review and met the State's minimum security standards at time the Contract was executed. Failure to maintain the State's minimum security standards

during the term of the contract, including renewals, constitutes a material breach. Upon request, the Supplier shall provide updated data security information in connection with a potential renewal. If information provided in the security risk assessment changes, Supplier shall promptly notify the State and include in such notification the updated information; provided, however, Supplier shall make no change that results in lessened data protection or increased data security risk. Failure to provide the notice required by this section or maintain the level of security required in the Contract constitutes a material breach by Supplier and may result in a whole or partial termination of the Contract.

2.  Any Hosting entity change must be approved in writing prior to such change. To the extent Supplier requests a different sub-contractor than the third-party Hosting Supplier already approved by the State, the different sub-contractor is subject to the State's approval. Supplier agrees not to migrate State's data or otherwise utilize the different third-party Hosting Supplier in connection with key business functions that are Supplier's obligations under the contract until the State approves the third-party Hosting Supplier's State Certification and Accreditation Review, which approval shall not be unreasonably withheld or delayed. In the event the third-party Hosting Supplier does not meet the State's requirements under the State Certification and Accreditation Review, Supplier acknowledges and agrees it will not utilize the third-party Supplier in connection with key business functions that are Supplier's obligations under the contract, until such third party meets such requirements.

D.  **Security Incident or Data Breach Notification:** Supplier shall inform Customer of any Security Incident or Data Breach.

1.  Supplier may need to communicate with outside parties regarding a Security Incident, which may include contacting law enforcement, fielding media inquiries and seeking external expertise as mutually agreed upon, defined by law or contained in the Contract. If a Security Incident involves Customer Data, Supplier will coordinate with Customer prior to any such communication.

2.  Supplier shall report a Security Incident to the Customer identified contact set forth herein within five (5) days of discovery of the Security Incident or within a shorter notice period required by applicable law or regulation (i.e. HIPAA requires notice to be provided within 24 hours).

3.  Supplier shall:

    a.  Maintain processes and procedures to identify, respond to and analyze Security Incidents;

    b.  Make summary information regarding such procedures available to Customer at Customer's request;

    c.  Mitigate, to the extent practicable, harmful effects of Security Incidents that are known to Supplier; and

  d.  Document all Security Incidents and their outcomes.

  4.  If Supplier has reasonable belief or actual knowledge of a Data Breach, Supplier shall (1) promptly notify the appropriate Customer identified contact set forth herein within 24 hours or sooner, unless shorter time is required by applicable law, and (2) take commercially reasonable measures to address the Data Breach in a timely manner.

E. **Breach Responsibilities:** This section only applies when a Data Breach occurs with respect to Personal Data or Non-Public Data within the possession or control of Supplier.

  1.  Supplier shall (1) cooperate with Customer as reasonably requested by Customer to investigate and resolve the Data Breach, (2) promptly implement necessary remedial measures, if necessary, and (3) document responsive actions taken related to the Data Breach, including any post-incident review of events and actions taken to make changes in business practices in providing the services, if necessary.

  2.  Unless otherwise stipulated, if a Data Breach is a direct result of Supplier's breach of its obligation to encrypt Personal Data and Non-Public Data or otherwise prevent its release, Supplier shall bear the costs associated with (1) the investigation and resolution of the Data Breach; (2) notifications to individuals, regulators or others required by state law; (3) credit monitoring services required by state or federal law; (4) a website or toll-free numbers and call center for affected individuals required by state law – all not to exceed the agency per record per person cost calculated for data breaches in the United States on the most recent Cost of Data breach Study: Global Analysis published by the Ponemon Institute at the time of the data breach; and (5) complete all corrective actions as reasonably determined by Supplier based on root cause.

  3.  If a Data Breach is a direct result of Supplier's breach of its obligations to encrypt Personal Data and Non-Public Data or otherwise prevent its release, Supplier shall indemnify and hold harmless the Customer against all penalties assessed to Indemnified Parties by governmental authorities in connection with the Data Breach.

F. **Notices**

In addition to notice requirements under the terms of the Contract and those set forth above, a request, an approval or a notice in connection with this Appendix provided by Supplier shall be provided to:

Chief Information Security Officer

3115 N. Lincoln Blvd

Oklahoma City, OK 73105

and

servicedesk@omes.ok.gov.

## G.   Supplier Representations and Warranties

Supplier represents and warrants the following:

1.   The product and services provided in connection with hosting services do not infringe a third party's patent or copyright or other intellectual property rights.

2.   Supplier will protect Customer's Non-Public Data and Personal Data from unauthorized dissemination and use with the same degree of care that each such party uses to protect its own confidential information and, in any event, will use no less than a reasonable degree of care in protecting such confidential information.

3.   The execution, delivery and performance of the Contract and any ancillary documents and the consummation of the transactions contemplated by the Contract or any ancillary documents by Supplier will not violate, conflict with, or result in a breach of any provision of, or constitute a default (or an event which, with notice or lapse of time or both, would constitute a default) under, or result in the termination of, any written contract or other instrument between Supplier and any third parties retained or utilized by Supplier to provide goods or services for the benefit of the Customer.

4.   Supplier shall not knowingly upload, store, post, e-mail or otherwise transmit, distribute, publish or disseminate to or though the Hosting environment any material that contains software viruses, malware or other surreptitious code designed to interrupt, destroy or limit the functionality of any computer software or hardware or telecommunications equipment or circumvent any "copy-protected" devices, or any other harmful or disruptive program.

## H.   Indemnity

Supplier agrees to defend, indemnify and hold the State, its officers, directors, employees, and agents harmless from all liabilities, claims, damages, losses, costs, expenses, demands, suits and actions (including without limitation reasonable attorneys' fees and costs required to establish the right to indemnification), excluding damages that are the sole fault of Customer, arising from or in connection with Supplier's breach of its express representations and warranties in these Information Technology Terms and the Contract. If a third party claims that any portion of the products or services provided by Supplier under the terms of another Contract Document or these Information Technology Terms infringes that party's patent or copyright, Supplier shall defend, indemnify and hold harmless the State and Customer against the claim at Supplier's expense and pay all related costs, damages, and attorney's fees incurred by or assessed to, the State and/or Customer. The State and/or Customer shall promptly notify Supplier of any third party claims and to the extent authorized by the Attorney General of the State, allow Supplier to control the defense and any related settlement negotiations. If the Attorney General of the State does not authorize sole control of the defense and settlement negotiations to Supplier, Supplier shall be granted authorization to equally participate in any proceeding related to this section but Supplier shall remain responsible to indemnify Customer and the State for all associated costs, damages and fees incurred by or assessed to the State and/or Customer. Should the software become, or in Supplier's

opinion. be likely to become the subject of a claim or an injunction preventing its use as contemplated in connection with Hosting services. Supplier may, at its option (i) procure for the State the right to continue using the software or (ii) replace or modify the software with a like or similar product so that it becomes non-infringing.

I.     **Termination, Expiration and Suspension of Service**

1.     During any period of service suspension, Supplier shall not take any action to intentionally disclose, alter or erase any Customer Data.

2.     In the event of a termination or expiration of the Contract, the parties further agree:

Supplier shall implement an orderly return of Customer Data in a format specified by the Customer and. as determined by the Customer:

a.     return the Customer Data to Customer at no additional cost. at a time agreed to by the parties and the subsequent secure disposal of State Data;

b.     transitioned to a different Supplier at a mutually agreed cost and in accordance with a mutually agreed data transition plan and the subsequent secure disposal of State Data or

c.     a combination of the two immediately preceding options.

3.     Supplier shall not take any action to intentionally erase any Customer Data for a period of:

a.     10 days after the effective date of termination. if the termination is in accordance with the contract period;

b.     30 days after the effective date of termination. if the termination is for convenience; or

c.     60 days after the effective date of termination. if the termination is for cause.

After such period. Supplier shall. unless legally prohibited or otherwise stipulated. apply de-identification and pseudonymization encryption protocols (utilizing at least 256-bit encryption) to all Customer Data in its systems or otherwise in its possession or under its control.

4.     The State shall be entitled to any post termination or expiration assistance generally made available with respect to the services.

5.     De-identification and pseudonymization by Supplier of Customer Data shall be performed in a secure manner. Certificates of de-identification and pseudonymization, and, if requested, the decryption key, shall be provided to Customer within thirty (30) calendar day of its request for de-identification and pseudonymization.

## Appendix 2 to State of Oklahoma Information Technology Terms INTRODUCTION

The use and maintenance of all items of software or equipment offered for purchase herein must be in compliance with the most current version of the U.S. Department of Justice, Federal Bureau of Investigation ("FBI"), Criminal Justice Information Services (CJIS) Division's CJIS Security Policy ("CJIS Security Policy" or "Security Policy" herein).

The Entity or Affiliate acquiring the data or system is hereby ultimately responsible for compliance with the CJIS Security Policy and will be subject to an audit by the State of Oklahoma CJIS Systems Officer ("CSO") and the FBI CJIS Division's Audit Staff.

## CJIS SECURITY POLICY REQUIREMENTS GENERALLY

The CJIS Security Policy outlines a number of administrative, procedural, and technical controls agencies must have in place to protect Criminal Justice Information ("CJI"). Our experience is that agencies will generally have many of the administrative and procedural controls in place but will need to implement additional technical safeguards in order to be in complete compliance with the mandate. A Criminal Justice Agency ("CJA") and certain other governmental agencies procuring technology equipment and services that could be used in hosting or connecting or transmitting or receiving CJI data may need to use the check list herein to make sure that the software, equipment, location, security, and persons having the ability to access CJI will meet the CJIS requirements per the then current CJIS Security Policy. A completed Appendix H to said Security Policy will need to be signed by Vendor or a 3rd party if it has access to CJI, such as incident to the maintenance or support of the purchased hardware or software within which resides CJI. Per Appendix "A" to said Security Policy, **"access to CJI is the physical or logical (electronic) ability, right or privilege to view, modify or make use of CJI."**

## DIRECTIVE CONCERNING ACCESS TO CRIMINAL JUSTICE INFORMATION AND TO HARDWARE OR SOFTWARE WHICH INTERACTS WITH CJI and CERTIFICATION

The FBI CJIS Division provides state-of-the-art identification and information services to the local, state, tribal, federal, and international criminal justice communities for criminal justice purposes, as well as the noncriminal justice communities for noncriminal justice purposes.

**This Directive primarily concerns access to CJI and access to hardware and software in the use, retention, transmission, reception, and hosting of CJI for criminal justice purposes and not for noncriminal justice purposes.** In that regard, this Directive is not only applicable to such data, but also to the hardware and software interacting with such data, their location(s), and persons having the ability to access such data. The CJIS data applicable to the Security Policy is the data described as such in said Policy **plus all data transmitted over the Oklahoma Law Enforcement Telecommunications System ("OLETS") which is operated by DPS.**

In order to have access to CJI or to the aforesaid hardware or software, the vendor must be familiar with the FBI CJIS Security Policy, including but not limited to the following portions of said Security Policy:
    1.     the Definitions and Acronyms in §3 & Appendices "A" & "B";

2.    the general policies in §4;
3.    the Policies in §5;
4.    the appropriate forms in Appendices "D", "E", "F" & "H"; and
5.    the Supplemental Guidance in Appendices "J" & "K".

This FBI Security Policy is located and may be downloaded at:


By executing the Contract to which this Directive is attached, the vendor hereby CERTIFIES that the foregoing directive has and will be followed, including but not limited to full compliance with the FBI CJIS Security Policy, as amended and as applicable.

| Policy Requirement Checklist | | Compliance checklist |
|---|---|---|
| Policy Area 1 | Information Exchange Agreements | |
| Policy Area 2 | Security Awareness Training | |
| Policy Area 3 | Incident Response | |
| Policy Area 4 | Auditing and Accountability | |
| Policy Area 5 | Access Control | |
| Policy Area 6 | Identification and Authentication | |
| Policy Area 7 | Configuration Management | |
| Policy Area 8 | Media Protection | |
| Policy Area 9 | Physical Protection | |
| Policy Area 10 | Systems and Communications Protection and Information Integrity | |
| Policy Area 11 | Formal Audits | |
| Policy Area 12 | Personnel Security | |

# ATTACHMENT C

**Scope of Work**

I.  <u>Definitions</u>. For purposes of this Scope of Work, definitions shall be as follows:

1.  Grants: Stay in School Scholarship and Bridge the Gap Scholarship Grants, collectively.
2.  Applicant(s): Parent or legal guardian applying for Grants eligibility on behalf of their K-12 student(s).
3.  Account Holder(s): Parent or legal guardian approved for participation in the Grants on behalf of their K-12 student(s)
4.  Provider(s): Approved private school provider.
5.  School(s): School applying to be a Provider but not yet approved.
6.  Stakeholders: Collective term used to refer to Applicants, Account Holders, Providers, Schools, and other members of the public with an interest in the Grants.
7.  Application System: online platform for Applicants and Providers to submit requested information to determine eligibility for the Grants
8.  Submitted Application: Once the Applicant commits to the process and clicks the submit button in the Application System.
9.  Fiscal Management and Payment System: online platform for Account Holders to receive grants and use grants to make payments as determine by Grants guidelines
10. Platform: Umbrella term referring to all components including Application System, Fiscal Management and Payment System, online support and training, and online reporting services.

II. The Supplier shall create and supply a parent and student friendly online platform for use by Stakeholders. The Platform shall be designed for ease of use by Applicants and include: (1) an Applicant application portal for the Grants and a Provider application portal (collectively, the "Application System"); and (2) a Fiscal Management and Payment System ("Fiscal Management and Payment System"); support and training; and reporting services. Users will include Applicants, Providers, Schools, and any other Stakeholders.

III. <u>Timelines</u>:
1.  The Platform shall be completed by August 10, 2020 (go-live).
2.  The Application System shall be closed once all Grants have been awarded, or December 30, 2020, whichever is earliest.

IV. <u>Application System</u>: The Supplier shall create and provide an interactive Application System that meets the following specifications.

1.  <u>General Requirements</u>: The Application System shall provide the ability to do the following:
    1.  Input and upload data from applicants Internal Revenue Service tax forms.
    2.  Input data from government assistance programs such as TANF and SNAP.
    3.  Input personal information for multiple students in household on the same application.
    4.  Provide verification review of income based on data input by the Applicant, and identify the potential need for further review and processing.
    5.  Compare Applicant reported income to income thresholds defined by the program and determine eligibility for both Grants.
    6.  Require and allow the upload of forms into the Application System.
    7.  Allow electronic verification and acknowledgment by the Applicant of required assurances and rules of the program.

48602293634.6
602293634.7
602293634.8

8. Allow Applicant to start and stop an application mid-stream and save information to be able to resume later.
9. Allow Applicant to choose a pre-qualified school and upload an acceptance letter, or provide a verification report to a designated individual at a Provider to verify the Applicant has been accepted or attends the School.
10. Applicants may apply to both Stay in School Scholarship and Bridge the Gap Scholarship grants on the same application and applicable income guidelines will be applied to each respective grant.
11. Multiple students in a family may receive Stay in School Scholarship grants.
12. Once all Stay in School Scholarship grants are awarded, the Application Portal will remain open only for consideration of Bridget the Gap Scholarship grants.

2. Applicant Application Portal: The Application System shall provide the ability to do the following:
    1. Provide stages of approval based on existing system and reporting capabilities. This may include: Provider Assignment Review Pending, Provider Assignment Verified, Income Review Pending, Income Verified, and Provider Acceptance.
    2. Allow a System Administrator to view application status, including what applications are in process, income over guideline, incomplete, or approved.
    3. Allow a System Administrator or a Provider to upload or input documents on behalf of Applicants.
    4. Generate an acceptance or denial letter to Applicants.
    5. Allow Applicants to apply each year for renewal.
    6. Bundle siblings into the same Applicants user account.
    7. Allow additional income verification documents to be uploaded to the applicant account
    8. Provide workflow for Applicants to confirm Provider after acceptance
    9. Notification to Applicants that a Provider needs to be selected
    10. Provider selection
    11. Potential upload of acceptance letter

V. Fiscal Management and Payment System: The Supplier shall create, maintain, and operate a Fiscal Management and Payment System in the Platform for use by Stakeholders. The Fiscal Management and Payment System requested shall provide the following:
    1. Ability to create notional virtual wallet accounts for Account Holders to easily receive funds and pay for expenses.
    2. Ability to establish an account for each Account Holder, and be able to bundle families while keeping each student account separate.
    3. Ability for Account Holders to pay tuition to Providers.
    4. Ability for Account Holders to purchase educational resources other than tuition such as technology, supplies books, etc. with approved ecommerce vendors integrated into the Fiscal Management and Payment System.
    5. Ability to utilize subaccounts within the account to earmark funds specifically for either tuition or for educational resources.
    6. Ability for Account Holders to check balances, authorize payment, and upload invoices and statements.
    7. Allow Schools to register for participation to become Providers and receive ACH payments.

VI. Customer Service: The Supplier shall provide customer service for all Stakeholders. Which shall include:
    1. Ability to reach an Application System customer service representative from 8:00 a.m. – 5:00 p.m. (Central Time), Monday – Friday, via email, chat, and phone, and a Fiscal Management

and Payment System customer service representative from 8:00 a.m. – 8:00 p.m. (Eastern Time), Monday – Friday and 10:00 a.m. 4:00 p.m. (Eastern Time) Saturday via email, chat and phone

VII. Reporting: The Supplier shall make the following reports available via the platform. Reports shall include:
1. Status of Provider applications.
2. Status of Applicant applications.
3. Listing of current user accounts.
4. Detail summaries of purchases and amounts.
5. Aggregate account balances.
6. Year-end close-out of accounts and balances.

VIII. Training: The Supplier shall create and deliver training for all identified stakeholders.

IX. Hardware/Operating System Specification: The Supplier shall take commercially reasonable measures in its control to make the Platform is compatible with current version and the two (2) previous versions ("N-2") of widely-used device platforms and software. The table below represents a current example of commonly used systems and versions:

| Platform | Operating System |
|---|---|
| Windows | Version 7,8,10 |
| Apple | Mac OS10+ |
| Chromebook | Chrome OS 59+ |
| IOS | IOS 11+ |

X. Web Browser Specifications: The system should be compatible with market-available web browsers including, but not limited to:

1. Google Chrome,
2. Microsoft Edge, Microsoft Internet Explorer 11 (partial support),
3. Firefox, and
4. Safari.

**Payment**

The fee for the scope of work quoted above is as follows:

Implementation Fee: $650,000.00

ClassWallet to Invoice OEQA upon execution of the contract $17,350,000.00 to distribute in grants pursuant to this Contract.

ClassWallet to Invoice OEQA $325,000.00 on August 10, 2020 Go-Live

ClassWallet to Invoice OEQA $325,000.00 on August 30, 2020 Go-Live De-brief Meeting