

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

FILED IN DISTRICT COURT
OKLAHOMA COUNTY
FEB 22 2024
RICK WARREN
COURT CLERK
125 _____

| | |
|---|---|
| STATE OF OKLAHOMA *ex rel.* OFFICE OF MANAGEMENT AND ENTERPRISE SERVICES, ) ) ) Plaintiff, ) ) v. ) ) KLEO, INC. d/b/a CLASSWALLET, ) ) Defendant. ) | Case No. CJ-2024-619 |

**COMBINED ENTRY OF APPEARANCE AND GOVERNOR'S NOTICE OF EMPLOYMENT OF COUNSEL TO PROTECT THE RIGHTS AND INTERESTS OF THE STATE**

Trevor S. Pemberton hereby enters his appearance in the above-captioned action on behalf of the Plaintiff, State of Oklahoma *ex rel.* Office of Management and Enterprise Services, pursuant to 74 O.S. § 6. Further, pursuant to 74 O.S. § 6 and Okla. Const. art. VI, §§ 2, 8, J. Kevin Stitt, in his official capacity as Governor of the State of Oklahoma, provides additional notice of his employment of the Plaxico Law Firm, PLLC (PLF) to protect the rights and interests of the state (*i.e.* Plaintiff) in this matter. See, Contract of Representation executed January 27, 2024, attached as Exhibit "1." PLF has had and shall continue to have the authority, under the direction of the Governor, to file pleadings herein. See, 74 O.S. § 6.

Respectfully submitted,

/s/ Trevor S. Pemberton

Trevor S. Pemberton, OBA No. 22271
*General Counsel*
OFFICE OF GOVERNOR J. KEVIN STITT
2300 N. Lincoln Blvd., Ste. 212
Oklahoma City, OK 73105
(405) 521-2342
Trevor.Pemberton@gov.ok.gov

## CERTIFICATE OF MAILING

I hereby certify that on this 22nd day of February, 2024, a true and correct copy of the foregoing was mailed by regular U.S. mail to the following:

Gentner F. Drummond, Attorney General
Garry M. Gaskins, Solicitor General
Office of the Attorney General
313 NE 21st Street
Oklahoma City, OK 73105

Trevor S. Pemberton



**Cheryl Plaxico**
Managing Member
(405) 400-9609 | Ext. 101
cplaxico@plaxico.law

Mailing Address:
**Plaxico Law Firm PLLC**
**P.O. Box 298**
**Oklahoma City, Oklahoma 73101**

Midtown OKC location:
923 N. Robinson Ave., 5th Floor
Oklahoma City, Oklahoma 73102

www.plaxico.law

# Contract of Representation

1. Plaxico Law Firm PLLC ("PLF") is a Professional Limited Liability Company ("PLC") that provides legal representation.

2. I, as the Governor of Oklahoma, having full authority to enter into this Contract pursuant to 74 O.S. §§ 6 and 18c(A)(4)(a), do hereby retain PLF and employ PLF to protect the rights and interests of the State of Oklahoma ("Client")[1] in the matter described below (the "Matter"), effective January 26, 2024, including PLF staff attorneys and such other attorneys as PLF may ally with to assist in this matter to provide legal representation ("Representation") in connection with the Matter. The Representation is necessary due to the fact that the Oklahoma Attorney General's office has a conflict of interest and has declined representation.

3. The Matter includes all litigation, including, but not limited to, litigation in trial and appellate courts, associated in any way with the State's (or any of its boards or agencies') contracts and dealings with Kleo, Inc. d/b/a ClassWallet, as generally articulated in Case Number CJ-2022-3757, District Court of Oklahoma County.

4. The terms of this Contract will apply in the event Client wishes PLF to pursue proceedings beyond the scope of the initial Matter, such as a separate legal proceeding, and if PLF agrees to do so.

5. PLF will provide Representation concerning the Matter at a reduced rate of $325 per hour for attorney Cheryl Plaxico and a reduced rate of $150 per hour for attorney Austin Moseley.

6. All out-of-pocket expenses, such as photocopies, telephone charges, on-line computer assisted legal research, courier delivery services, facsimiles, mileage,

---

[1] Client shall include, but not necessarily be limited to, the Office of Management and Enterprise Services and the Office of the Governor.

**EXHIBIT "1"**                                                      Page 1 of 4

transportation costs, court filing fees, service of process fees, and other appropriate items will be identified and may be charged to the State as they are incurred. No mark-up will be allowed on reimbursable charges. PLF may be reimbursed for travel expenses pursuant to the State Travel Reimbursement Act, 74 O.S. 2021, §§ 500.1-500.37, and Title 260, Subchapter 7, Part 7 of the Oklahoma Administrative Code. Only expenses deemed actual and necessary shall be compensated. Any travel expenses incurred under this contract will be in accordance with the State Travel Reimbursement Act, 74 O.S. §§ 500 et seq. This shall include automobile mileage at the IRS approved rate. PLF shall obtain prior approval from the Client before incurring fees for investigative services and expert witnesses fees or before incurring any unusual or extraordinary expense, including but not limited to electronic deposition transcript costs, expedited deposition transcript costs, videotape deposition costs, real time deposition and court proceeding transcript costs, court reporter out-of-town travel expenses, court room technology costs, and travel costs related to sending more than one PLF representative to any witness interview, deposition, hearing, conference, or trial appearance.

7. Client understands that PLF will retain or destroy files related to this Representation in accordance with Paragraph 12 below.

8. Client will be truthful at all times and reveal all information necessary and relevant to the Representation and shall fully cooperate in all legal proceedings, including preserving evidence. If PLF believes, in its sole judgment, that Client is not cooperating fully in the legal representation, the Client agrees that PLF and the participating attorneys allied with PLF may withdraw from the Matter in accordance with applicable rules of professional conduct.

9. PLF does not currently anticipate any conflict between Client's objectives in this Matter and its own strategic objectives. In the event a conflict arises, and Client is unwilling to waive the conflict in writing, PLF will seek to withdraw from this Matter in accordance with the applicable rules of professional conduct.

10. PLF represents only Client in this Matter, and its representation does not extend and shall not be deemed to extend to the State of Oklahoma or any affiliate, division, agency, or official thereof, or any person or entity other than Client absent PLF's written agreement.

11. Client understands that PLF may seek attorneys' fees and costs from the opposing party or parties via agreement or court or administrative body order to compensate PLF, and any other participating attorneys, for all attorney time, staff time, and costs expended with respect to the Representation. Client agrees to cooperate fully in the event PLF seeks such fees, and PLF agrees that any such fees and costs recovered from the opposing party or parties will be paid to Client.

12. PLF shall keep and maintain appropriate books and records reflecting the services performed and costs and expenses incurred in connection with its performance of the services for a period of seven years from the ending date of this Representation. Upon reasonable notice, Client, the State Auditor & Inspector's Office, the State Purchasing Directors, or their representatives, shall be entitled to access any books, records, and other documents and items directly pertaining to charges to the State hereunder for purpose of audit and examination, at PLF's premises during normal business hours. PLF further agrees to provide appropriate access by the parties to any sub-contractor's associated records. In the event any audit, litigation, or other action involving these pertinent records is started before the end of the seven-year period, PLF agrees to retain these records until all issues arising out of the action are resolved or until the end of the seven-year period, whichever is later.

13. Communications between PLF and Client are generally confidential and subject to attorney-client privilege, regardless of the method used. Neither Client nor PLF may be required to disclose attorney-client communication in discovery or at trial absent a waiver of the privilege. The privilege may be waived if the communications are disclosed to a third party. Accordingly, Client agrees not to disclose our communications to third parties, whether orally or by forwarding to or copying third parties on communications, without first obtaining approval from PLF and to use care about transmission of electronic communication. Client will notify PLF in advance of responding to any public records request for communications relating to the Matter, and Client will do so sufficiently in advance of the response deadline to enable PLF to oppose or otherwise respond to such request.

14. This agreement shall be construed and enforced in accordance with the laws of the State of Oklahoma, without regard to conflict of law principles. Notwithstanding the application of Oklahoma law, the professional conduct of PLF shall be governed by the Rules of Professional Conduct of the attorneys' jurisdictions. Should any party initiate a lawsuit or other dispute resolution proceeding over any matter relating to or arising out of this agreement, such lawsuit or other proceeding shall be filed and conducted in Oklahoma County, State of Oklahoma.

15. This agreement is invalid and of no effect unless a non-collusion certification is provided by PLF, pursuant to 74 O.S.2021, § 85.22.

16. Client has had the opportunity to seek independent legal counsel and seek clarification of any terms set forth in this Contract. The foregoing Contract is understood, accepted, and agreed to as of the dates indicated below.

**Plaxico Law Firm PLLC**                               **Client**

Cheryl Plaxico
Managing Member
923 N. Robinson Ave., Suite 500
Oklahoma City, OK 73102
405-400-9609
cplaxico@plaxico.law
Date: **1.29.24**

Brandon Tatum
Chief of Staff to Governor Kevin Stitt

Date: 1-27-24