

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA *ex rel.* OFFICE OF MANAGEMENT AND ENTERPRISE SERVICES,<br><br>*Plaintiff,*<br><br>v.<br><br>KLEO, INC. d/b/a CLASSWALLET,<br><br>*Defendant.* | FILED IN DISTRICT COURT<br>OKLAHOMA COUNTY<br><br>MAR 10 2025<br><br>RICK WARREN<br>COURT CLERK<br>128_____<br><br>Case No. CJ-2024-619 |

## ATTORNEY GENERAL'S MODIFIED ENTRY OF APPEARANCE

Attorney General Gentner Drummond hereby enters his modified entry of appearance in this case *ex officio* on behalf of the State of Oklahoma. The Oklahoma Supreme Court recently made clear that the Governor lacks the "power to unilaterally prevent the Attorney General from appearing in [a] case. By virtue of his office, the Attorney General may act independently from the Governor, and represent such segment of the State's interest not represented by the Governor." *Cherokee Nation v. United States Dep't of the Interior*, 2025 OK 4, ¶ 55. As such, considering two independent audits have already confirmed that the Governor and his administration are to blame for the misuse of public funds in this case, the Attorney General intends to continue protecting the State's interests from such misuse of public funds. To the extent the Governor follows through with service of the summons and petition after the prior lawsuit went unserved, the Attorney General looks forward to deposing the Governor and others in his administration over their misuse of taxpayer dollars.

/s/ Gentner F. Drummond
_____
GENTNER F. DRUMMOND, OBA #16645
 *Attorney General*
GARRY M. GASKINS, II OBA #20212
 *Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105
(405) 521-3921
(405) 522-4534 (fax)
Gentner.Drummond@oag.ok.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Entry of Appearance was mailed this 10th of March, 2025, by depositing it in the U.S. Mail, postage prepaid, or by electronic mail to:

| | |
|---|---|
| Cheryl Plaxico<br>Plaxico Law Firm, PLLC<br>923 N. Robinson Ave., 5th Floor<br>Oklahoma City, OK 73102 | Benjamin Lepek<br>*General Counsel*<br>OFFICE OF GOVERNOR J. KEVIN STITT<br>2300 N. Lincoln Blvd., Ste. 212<br>Oklahoma City, OK 73105 |
| Remington D. Dean<br>*Deputy General Counsel*<br>Office of Governor J. Kevin Stitt<br>2300 N. Lincoln Blvd., Ste. 212<br>Oklahoma City, OK 73105 | |

_____
Gentner F. Drummond