# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

STATE OF OKLAHOMA ex rel. OFFIC
    Plaintiff(s)

vs.                                                           Case Number: 5:25-cv-01147-HE

KLEO, INC. d/b/a CLASSWALLET
    Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1.,which states:
> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

Kleo, Inc. d/b/a ClassWallet
[name of party]

who is a (check one)   ☐ PLAINTIFF   ☑ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☑ NO

2. **Does party have any parent corporations?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one)  ☐ YES  ☑ NO

   If YES, identify entity and nature of interest:

5. **Is party a trade association?**

   (Check one)  ☐ YES  ☑ NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this <u>3rd</u> day of <u>October</u>, 20<u>25</u>.

| | |
|---|---|
| s/ Stratton Taylor | |
| Signature | |
| Stratton Taylor | 10142 |
| Printed Name | Bar Number |
| Taylor, Foster, Mallet, Downs, Ramsey & Russell | |
| Firm Name | |
| PO Box 309 | |
| Address | |
| Claremore | OK  74017 |
| City | State  ZIP |
| 918-343-4100 | 918-343-4900 |
| Phone | Fax |
| staylor@soonerlaw.com | |
| Email Address | |

# CERTIFICATE OF SERVICE

I hereby certify that on  October 3, 2025  (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

    Austin Moseley
    Cheryl Lynn Plaxico
    Gentner F Drummond

I hereby certify that on _____ (Date), I served the same document by
    ☑ U.S. Postal Service    ☐ In Person Delivery
    ☐ Courier Service    ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

Remington Dean
Benjamin Lepak
Office of the Governor
2300 N. Lincoln Boulevard, Suite 212
Oklahoma City, Oklahoma 73105

Garry Gaskins
Office of the Attorney General
313 N.E. 21st Street
Oklahoma City, Oklahoma 73105

S/Stratton Taylor
_____
Signature