## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

STATE OF OKLAHOMA <u>ex rel</u>.      )
OFFICE OF MANAGEMENT      )
AND ENTERPRISE SERVICES      )
     )
         Plaintiff,      )
     )
v.      )      No. CIV-25-1147-HE
     )
KLEO, INC.      )
     )
         Defendant.      )

## NOTICE OF PENDING MOTION

Plaintiff State of Oklahoma *ex rel.* Office of Management and Enterprise Services, pursuant to LCvR 81.2(b), hereby advises the Court of its Motion to Disqualify and Request for Evidentiary Hearing (the "Motion") (**Exhibit 1**) that was filed with the District Court of Oklahoma County, State of Oklahoma, and was pending prior to the Notice of Removal filed by Defendant Kleo, Inc. The Attorney General's Response to the Motion to Disqualify is attached hereto as **Exhibit 2**. Plaintiff has not yet filed its Reply in Support of Motion to Disqualify.

Date: October 14, 2025

Respectfully Submitted,

**PLAXICO LAW FIRM PLLC**

1

/s/ *Cheryl Plaxico*
Cheryl Plaxico, OBA No. 4499
Austin Moseley, OBA No. 35690

Mailing Address:
P.O. Box 298
Oklahoma City, Oklahoma 73101

Midtown OKC Office:
923 N. Robinson Ave., 5th Floor
Oklahoma City, Oklahoma 73102
Tele: CP (405) 400-9609
      AM (405) 551-5890
Email: cplaxico@plaxico.law
      amoseley@plaxico.law

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2025, I electronically transmitted the foregoing document to the Clerk of the Court using the Electronic Case Filing System for filing, which will transmit a Notice of Electronic Filing to all counsel of record.

I hereby certify that on October 14, 2025, I filed the attached document to the Clerk of the Court using the Electronic Case Filing System for filing and served the attached document by U.S. Mail on the following, who are not registered participants of the ECF System:

2

Garry Gaskins
Office of the Attorney General
313 N.E. 21st Street
Oklahoma City, Oklahoma 73105

/s/ Cheryl Plaxico