IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, *ex rel*. OFFICE OF MANAGEMENT AND ENTERPRISE SERVICES,<br><br>        *Plaintiff*,<br>v.<br>KLEO, INC., d/b/a, CLASSWALLET,<br><br>        *Defendant*. | NO. CIV-25-1147-HE |

## ORDER

Attorney General Gentner Drummond's unopposed motion for continuance [Doc. #18] is **GRANTED**. The **December 4** hearing on plaintiff's motion to disqualify the Attorney General [Doc. #13-1] is **CONTINUED** to **December 15, 2025, at 10:00 a.m**. in Courtroom No. 501.

**IT IS SO ORDERED**.

Dated this 12th day of November, 2025.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE