IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, *ex rel.* OFFICE OF MANAGEMENT AND ENTERPRISE SERVICES,<br><br>                               *Plaintiff,*<br>   v.<br>KLEO, INC., d/b/a, CLASSWALLET,<br><br>                               *Defendant.* | Case No: 25-cv-01147-HE |

## **MOTION TO WITHDRAW**

Attorney General Gentner Drummond hereby moves the Court to allow him to withdraw his appearance in this case *ex officio*. After reviewing the briefing on Defendant's Motion to Dismiss, the Attorney General reaffirms his conclusion—stated when this Office entered its original appearance in February 2024—that Plaintiff's claims are wholly without merit and, if pursued, risk an award of attorneys' fees in favor of Defendant. Two independent audits confirm as much. Defendant is capably represented by counsel who can address these claims. The Attorney General declines to lend his Office's imprimatur to claims he believes lack any basis in law or fact. For those same reasons, Solicitor General Garry Gaskins and Assistant Solicitor General Samuel Black also move the Court to allow them to withdraw.

The filing of this Motion constitutes reasonable notice to the parties of the Attorney General's intent to withdraw, as required by LCvR 83.5.

Respectfully Submitted,

s/ *Garry M. Gaskins, II*
GENTNER F. DRUMMOND, OBA NO. 16645
  *Attorney General*

GARRY M. GASKINS II, OBA 20212
  *Solicitor General*

SAMUEL BLACK, OBA NO. 34614
  *Assistant Solicitor General*

OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Direct:  (405) 521-3921
Gentner.Drummond@oag.ok.gov
Garry.Gaskins@oag.ok.gov
Samuel.Black@oag.ok.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of December, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants with entries of appearance filed of record.

s/ *Garry M. Gaskins, II*
Garry M. Gaskins, II
  *Solicitor General*