IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| STATE OF OKLAHOMA, *ex rel.* | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. CIV-25-1147-HE |
| | ) | |
| KLEO, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Attorney General Drummond has moved for leave to withdraw as *ex officio* counsel for the plaintiff State of Oklahoma. As the plaintiff is otherwise represented and there is no apparent prejudice to any party from the withdrawal, the motion [Doc. #26] is **GRANTED**. The clerk is directed to reflect the withdrawal of the Attorney General and his assistants as counsel for plaintiff in her records. The motion to disqualify the Attorney General [Doc. #13-1] is **STRICKEN** as moot, as is the hearing on the motion set for **Monday, December 15**.

**IT IS SO ORDERED**.

Dated this 12th day of December, 2025.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE